UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACY FITZGERALD,<br>THOMAS GOULET,<br>DIANNE LAHAYE,<br>MAUREEN SALIBA,<br>MICHELLE DOUMANI,<br>PHILIP PERKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHERN ESSEX COMMUNITY COLLEGE,<br><br>    Defendant. | Civil Action No. 1:23-cv-12660-MJJ |

**JOINT STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS**

Plaintiffs Tracy Fitzgerald, Thomas Goulet, Dianne Lahaye, Maureen Saliba, Michelle Doumani, Philip Perkins and Defendant Northern Essex Community College stipulate as follows:

To the extent Plaintiffs assert any claims for age discrimination, including pursuant to 29 U.S.C. § 621, et seq., the Age Discrimination in Employment Act, M.G.L. c. 151B, or any other statute, those claims are dismissed in their entirety, with prejudice.

Respectfully submitted,

The Plaintiffs,
By their attorney

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Fax: (781) 581-8449
Richard@chamberslawoffice.com

NORTHERN ESSEX COMMUNITY COLLEGE,

By Its Attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

 /s/ Jeffrey T. Collins
Jeffrey T. Collins
Special Assistant Attorney General
Morgan, Brown & Joy, LLP
200 State Street, Suite 11A
Boston, MA 02109
Tele: (617) 523-6666
jcollins@morganbrown.com

Dated: February 19, 2023