UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACY FITZGERALD,<br>THOMAS GOULET,<br>DIANNE LAHAYE,<br>MAUREEN SALIBA,<br>MICHELLE DOUMANI,<br>PHILIP PERKINS,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTHERN ESSEX COMMUNITY COLLEGE,<br><br>        Defendant. | Civil Action No. 1:23-cv-12660-MJJ |

**PLAINTIFFS' AND DEFENDANT'S STATUS REPORT**

Pursuant to this Court's Order, Plaintiffs Tracy Fitzgerald, Thomas Goulet, Dianne Lahaye, Maureen Saliba and Philip Perkins ("Plaintiffs") and Defendant Northern Essex Community College ("Defendant") (collectively the "Parties") hereby provide this Status Report to the Court.

Plaintiffs only very recently served their answers and responses to Defendant's interrogatories and requests for production of documents. With six (6) plaintiffs, this required considerable time and effort. As a result, the Parties have not yet commenced depositions in the case. The Parties anticipate that, collectively, they will conduct approximately ten (10) depositions. As a result, with witnesses' and counsel's schedules, the Parties are requesting a six month extension of the fact discovery deadline for purposes of completing these depositions. The Parties are also requesting that the remaining Scheduling Order deadlines be extended accordingly. In support of this request, the Parties have submitted an accompanying *Joint Motion to Extend Scheduling Order Deadlines*.

| | |
|---|---|
| **TRACY FITZGERALD,** **THOMAS GOULET,** **DIANNE LAHAYE,** **MAUREEN SALIBA,** **MICHELLE DOUMANI,** **PHILIP PERKINS,** | **NORTHERN ESSEX COMMUNITY COLLEGE,** |
| By their attorneys, | |
| | By its attorneys, |
| | ANDREA JOY CAMPBELL ATTORNEY GENERAL |
| */s/ Richard C. Chambers, Jr.* Richard C. Chambers, Jr. BBO# 641574 Chambers Law Office 220 Broadway, Suite 404 Lynnfield, MA 01940 (781) 581-8449 Richard@chamberslawoffice.com | */s/ Jeffrey T. Collins* Jeffrey T. Collins (BBO #640371) Special Assistant Attorney General jcollins@morganbrown.com MORGAN, BROWN & JOY, LLP 200 State Street, 11th Floor Boston, MA 02109 P: 617-523-6666 |

Dated:  February 11, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2025, a copy of the foregoing document, filed through the ECF system, will be served on all parties as provided by the Notice of Electronic Filing (NEF).

*/s/ Jeffrey T. Collins*
Jeffrey T. Collins

2