UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRACY FITZGERALD,<br>THOMAS GOULET,<br>DIANNE LAHAYE,<br>MAUREEN SALIBA,<br>MICHELLE DOUMANI,<br>PHILIP PERKINS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NORTHERN ESSEX COMMUNITY COLLEGE,<br><br>　　　　　Defendant. | Civil Action No. 1:23-cv-12660-MJJ |

## **EXPERT REPORT OF LAWRENCE MADOFF, M.D.**

1. I am Lawrence Madoff. I am licensed to practice medicine in Massachusetts.

**ASSIGNMENT**

2. Northern Essex Community College ("NECC") requested that I provide expert testimony, including opinions and conclusions, concerning COVID-19, the disease caused by the SARS-CoV-2 virus, the nature of COVID-19 breakthrough cases, the development, use and efficacy of COVID-19 vaccines, the efficacy of non-pharmaceutical interventions including regular screening testing, masking, ventilation, and social distancing, the risk(s), consequences and impact of COVID-19 infection, and the disease burden, risk of infection and transmission among and from unvaccinated individuals, and its impact on the delivery of services throughout the Commonwealth of Massachusetts.

**QUALIFICATIONS**

3. I have an M.D. from Tufts University School of Medicine. I am board certified in Internal Medicine and Infectious Diseases.

4. I am a Professor of Medicine at the University of Massachusetts Chan Medical School with specialization in Infectious Diseases and Immunology, and Population Health. I currently serve as the Medical Director of the Massachusetts Department of Public Health's (Department) Bureau of Infectious Disease and Laboratory Sciences (Bureau). I have served as the Medical Director of the Bureau since February 2019. In this role, I provide clinical medical leadership, epidemiologic input to the State Epidemiologist, and consultation to other departments and programs within the Department, local health departments, and other agencies. I provide clinical supervision and medical guidance in disease recognition, investigation and control, as well as interpretation and application of policies and procedures

5. Prior to my service as the Medical Director of the Bureau, I was the Director of the Division of Epidemiology and Immunization at the Department. Prior to that, I was a physician at Brigham and Women's Hospital in Boston, Massachusetts, specializing in infectious diseases and Associate Professor of Medicine at Harvard Medical School.

6. I have substantial experience in the diagnosis and treatment of infectious diseases and strategies for the prevention and control of outbreaks of infectious diseases.

7. I have conducted research in pathogenesis of infectious agents, prevention of infections using vaccines and in the epidemiology of infectious diseases including COVID-19.

8. I have lectured on numerous topics in the field of infectious diseases, pathogenesis of infectious agents, emerging infectious diseases and public health. I have published papers in peer-reviewed journals including the New England Journal of Medicine, Microbial Pathogenesis, Journal of Clinical Microbiology, Emerging Health Threats Journal, Clinical Infectious Diseases, American Journal of Public Health, the International Journal of Infectious Diseases, Science, Proceedings of the National Academy of Science, and Nature

on a range of topics including streptococcal pathogenesis and epidemiology of infectious diseases including COVID-19 and many other pathogens including mumps, mpox, influenza, *Bacillus anthracis, Streptococcus agalactiae*, *Strep pneumoniae*, and *Vibrio cholera.* I am a fellow of the Infectious Disease Society of America and the American College of Physicians and a member of the Massachusetts Medical Society, the Massachusetts Infectious Diseases Society (currently Vice President) and the Council of State and Territorial Epidemiologists. During the COVID-19 response I served on Governor Baker's medical advisory board, the Boston Athletic Association's medical expert advisory committee for COVID-19, and Harvard University's COVID-19 medical expert advisory group. A copy of my Curriculum Vitae is attached as Appendix A to the report.

9. I am not being compensated for my services in this matter, aside from the regular salary that I am paid for my role as Medical Director of the Bureau.

10. During the last 4 years, I have testified only once as an expert, by deposition in the matter of *Andrea Macauda v. Massachusetts Department of Children and Families*, Civil Action No. 22-cv-30124-LTS.

**DOCUMENTS REVIEWED**

11. As part of my assignment, I have reviewed the complaint filed by the Plaintiffs in this case. Additionally, I have reviewed a number of background documents, including a number of scientific studies concerning the effectiveness and safety of COVID vaccines. A complete list of the documents reviewed by me for this report is shown in Appendix B.

**BACKGROUND**

12. The Department is statutorily mandated to take cognizance of the interests of life, health, comfort and convenience among the citizens of the Commonwealth and to conduct investigations as to the causes of disease, and especially of epidemics. G.L. c. 111 § 5.

13. The Department is statutorily mandated to determine which diseases shall be deemed to be dangerous to the public health, G.L. c. 111 § 6, and to investigate dangerous infectious diseases and their spread in the Commonwealth. G.L. c. 111 § 7.

14. The Bureau's Immunization Division (the Division) was responsible for administering the Massachusetts COVID-19 Vaccine Program (MCVP) in the Fall of 2021. The Division had primary responsibility for coordination with the Centers for Disease Control and Prevention (CDC) on vaccines including COVID-19 vaccines. To administer COVID-19 vaccination in Massachusetts a provider was required to be enrolled in the MCVP and comply with its terms. Those terms included reporting data to the Division and the CDC, including as to available inventory of vaccine.

15. The Division maintains and operates the Massachusetts Immunization Information System (MIIS), pursuant to G.L. c. 111, § 24M. All licensed healthcare providers administering immunizations in Massachusetts, including COVID-19 vaccinations, are required to report those immunizations to the MIIS.

**OPINIONS AND CONCLUSIONS**

    **The COVID-19 Virus**

16. COVID-19 is the disease caused by the SARS-CoV-2 virus. COVID-19 is infectious, contagious, and can cause serious disease, hospitalization, and death.

17. By August 19, 2021, when Governor Baker issued Executive Order 595, there had been approximately 18,000 deaths from COVID-19 in the Commonwealth of Massachusetts.

18. Symptoms of long COVID-19 may include fatigue, shortness of breath, and cognitive dysfunction that last for more than two months and cannot be explained by an alternative diagnosis.[1]

19. In the Fall of 2021, COVID-19 was (as now), a disease dangerous to the public health pursuant to G.L. c. 111 § 6. At that time, the Commonwealth was in the midst of an epidemic causing severe illness and death.

20. The long-term negative consequences of COVID-19 infection, even for those who were vaccinated before infection, or have only mild symptoms, are not yet fully understood. The long-term consequences of COVID-19 were even less understood in the Fall of 2021.

21. In the Fall of 2021, experts did not know or understand the full implications and/or consequences of infection by COVID-19.

22. By January 11, 2022, the Massachusetts Department of Public Health had reported 1,264,925 confirmed cases of COVID-19 in the Commonwealth, and 20,275 confirmed deaths due to COVID-19.

**The COVID-19 Vaccine**

23. COVID-19 is considered to be a vaccine preventable disease.

24. The most effective method for preventing the spread of COVID-19 was (and is) widespread vaccination of a given population.

25. By January 2021, three COVID-19 vaccines had been approved or authorized by the U.S. Food and Drug Administration (FDA): Pfizer-BioNTech (Pfizer); Moderna; and Johnson &

---

[1] https://www.who.int/pub\ications/i/item/WH0-2019-nCo V-Post_ COVJD-19 condition-Clinical_ case_ definition-2021.1

Johnson's Janssen (J&J). The FDA reviewed extensive safety data on each of the vaccines prior to authorizing their use and deemed them safe. The vaccines have been used in billions of people globally and extensive systems are in place to monitor their safety on an ongoing basis. All three vaccines have also been found to be safe by the World Health Organization and numerous other national and regional public health agencies.

26. Neither the Pfizer nor Moderna vaccines for COVID-19 contain fetal cells, and fetal cells were not used in their development or production.[2]

27. The Johnson & Johnson vaccine was produced using two human cell lines initially developed from two legally aborted fetuses in the 1960s. Those cell lines are maintained to have an indefinite life span and no fetal tissue has been added since the cell lines were originally created.[3]

28. All three COVID-19 vaccines are highly effective at reducing the burden of infection with all known variants of SARS-CoV-2, and even more effective at reducing the risk of serious illness and death.[4] Additional doses of the vaccine have been shown to enhance immunity. In addition, the overwhelming majority of studies show that additional doses of the vaccine decrease the risk of infection.[5]

---

[2] See https://academic.oup.com/ajhp/advance-article/doi/10.1093/ajhp/zxae031/7606814
[3] See https://academic.oup.com/ajhp/advance-article/doi/10.1093/ajhp/zxae031/7606814
[4] See, e.g. Self WH, Tenforde MW, Rhoads JP, et al. Comparative Effectiveness of Moderna, Pfizer-BioNTech, and Janssen (Johnson & Johnson) Vaccines in Preventing COVID-19 Hospitalizations Among Adults Without Immunocompromising Conditions - United States, March-August 2021. MMWR Morb Mortal Wkly Rep 2021;70:1337-1343. DOI: http://dx.doi.org/10.15585/mmwr.mm7038e1.
[5] See, e.g., U.S. Food & Drug Administration. FDA News Release: Coronavirus (COVID-19) Update: FDA Expands Eligibility for COVID-19 Vaccine Boosters. https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-expands-eligibility-covid-19-vaccine-boosters; Jara, A., Cuadrado, C., Undurraga, E.A. et al. Effectiveness of the second COVID-19 booster against Omicron: a large-scale cohort study in Chile. Nat Commun 14, 6836 (2023). https://doi.org/10.1038/s41467-023-41942-y; Lin, Dan-Yu, et al. Effectiveness of Bivalent Boosters against Severe Omicron Infection. N Engl J Med 2023; 388:764-766 DOI: 10.1056/NEJMc2215471.

29. Common side effects from COVID-19 vaccines are pain at the injection site, swelling as the injection site, and fever.  Serious health events following a COVID-19 vaccine are rare.[6]

30. As of January 11, 2022, the MIIS contained records for 5,132,780 people who had been fully vaccinated against COVID-19 in the Commonwealth.[7]

**COVID-19 Vaccination, Risk of Infection, Transmission, Illness and Death, and the Impact of Delivery of Services in the Commonwealth of Massachusetts**

31. Unvaccinated individuals are (and have always been) at much higher risk of infection, serious illness, and death, and therefore at much higher risk of transmitting COVID-19 to their contacts both in their homes and communities and in occupational settings.

32. In the Fall of 2021 (as now), obtaining a COVID vaccine made in-person contact safer.

33. As no vaccine is 100% effective, it was always (and still is) expected that some people who are fully vaccinated against COVID-19 will get the disease, but these breakthrough cases generally have resulted in less severe disease and even less risk of hospitalization and death, resulting in a reduction in negative operational impact on NECC's provision of services to the Commonwealth.[8]

34. Prior to the FDA's authorization and approval of the COVID-19 vaccines, non-pharmaceutical interventions were the most effective methods for preventing the spread of COVID-19. These interventions include regular screening testing, masking, hand hygiene, staying home from work when sick, distancing between two people, and ventilation of indoor spaces.

---

[6] U.S. Centers for Disease Control and Prevention. Safety of COVID-19 Vaccines. https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html
[7] For this purpose, "fully vaccinated" means people have 2 doses of Moderna or Pfizer vaccine or 1 dose of J&J vaccine.
[8] See, e.g. Scobie HM, Johnson AG, Suthar AB, et al. Monitoring Incidence of COVID-19 Cases, Hospitalizations, and Deaths, by Vaccination Status – 13 U.S. Jurisdictions, April 4-July 17, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1284-1290. DOI: http://dx.doi.org/10.l5585/rnmwr.rnm7037e1external icon

35. While non-pharmaceutical interventions continued to be useful in lessening the risk of COVID-19 spread, especially when used in addition to vaccination, vaccination was (and remains) the most effective method for lessening the risk of COVID-19 infection at both the individual and population levels, and for lessening the risk of hospitalization and death in those vaccinated individuals who do contract the disease.

36. Vaccinated individuals are less likely to become infected with COVID-19. Vaccinated individuals who develop COVID-19 are less likely to become seriously ill if infected, likely to have a milder course of illness if infected, likely to clear their infections more quickly and are therefore less likely to transmit the virus to others, are less likely to require hospitalization, and less likely to die from the disease.[9]

37. The disease burden caused by individuals who are otherwise eligible but remain unvaccinated against COVID-19 has a significant impact on the delivery of services throughout the Commonwealth. For example, in the Fall of 2021, unvaccinated individuals represented the largest proportion of those COVID-19 positive patients requiring hospitalization, including intensive care. Massachusetts' healthcare system faced a critical staffing shortage which contributed to the loss of approximately 500 medical/surgical and intensive care unit hospital beds from the beginning of 2021 through January of 2022, and beyond. Unvaccinated individuals therefore contributed disproportionately to hospitalizations, contributed to shortages of hospital capacity for both COVID-19 patients and anyone else requiring hospitalization and risked infection of those individuals unvaccinated people interacted with.

---

[9] https://www.mass.gov/doc/covid-19-cases-among-fully-vaccinated-individuals-in-massachusetts/download; Scobie HM, Johnson AG, Suthar AB, et al. Monitoring Incidence of COVID-19 Cases, Hospitalizations, and Deaths, by Vaccination Status - 13 U.S. Jurisdictions, April 4-July 17, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1284-1290. DOI: http://dx.doi.org/10.15585/mmwr.mm7037e1

38. Without vaccinations, staff at NECC, as well as NECC students and members of the public, would be at significantly greater risk of contracting COVID, and NECC students and members of the public who regularly interact with NECC staff would be at a significantly greater risk of experiencing severe consequences from COVID. These risks are compounded in a closed environment.

39. From its onset in March 2020, COVID-19 (and the resulting necessary public health and safety measures) significantly disrupted the operations and missions of the Massachusetts community colleges.

40. The community colleges' vaccine requirement was aimed at ensuring the safest learning and working environment possible for the more than 135,000 students served by the community colleges each year.

41. With COVID-19 vaccinations, the community colleges, including NECC, could expand on-campus operations including increased face-to-face classes, services and activities with lower risk than without vaccination. This expansion was critical to meeting the enrollment needs of many community college students who greatly benefit from the ability to attend class on campus and to utilize in person services such as libraries and computer labs. Additionally, COVID-19 vaccinations minimized disruptions within the workforce and thus, operations at NECC.

42. COVID-19 vaccination saved thousands of lives in the Commonwealth of Massachusetts, and made life safer for the population as a whole.[10]

---

[10] See, e.g., Meagan C. Fitzpatrick et al., "Two Years of U.S. COVID-19 Vaccines Have Prevented Millions of Hospitalizations and Deaths," To the Point (blog), Commonwealth Fund, Dec. 13, 2022. https://doi.org/10.26099/whsf-fp90; Bohnert A S, Kumbier K, Rowneki M, Gupta A, Bajema K, Hynes D M et al. Adverse outcomes of SARS-CoV-2 infection with delta and omicron variants in vaccinated versus unvaccinated US veterans: retrospective cohort study BMJ 2023; 381 :e074521 doi:10.1136/bmj-2022-074521.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of March, 2025.

*[signature]*

_____
Lawrence Madoff, M.D.