# APPENDIX A

**Date prepared:** May 2024

## CURRICULUM VITAE

**Name:**             Lawrence C. Madoff

**Office Address:**   Massachusetts Department of Public Health
                      State Public Health Laboratory
                      305 South St.
                      Boston, MA  02130

**E-mail:**           larry.madoff@mass.gov

**Place of Birth:**   Boston, Massachusetts

**Education:**

| | | | |
|---|---|---|---|
| 1978 | B.S. | Yale University, New Haven, CT | |
| 1982 | M.D. | Tufts University School of Medicine, Boston, MA | |

**Post Doctoral Training:**

July 1982-June 1983   Intern, Internal Medicine, The New York Hospital-Cornell Medical Center, New York, NY

July 1983-June 1985   Junior and Senior Assistant Resident, Internal Medicine, The New York Hospital-Cornell Medical Center, New York, NY

July 1985-June 1986   Research Fellow, Division of Infectious Diseases, The New York Hospital-Cornell Medical Center, New York, NY

July 1986-June 1989   Research and Clinical Fellow in Medicine, Division of Infectious Diseases, Beth Israel Hospital and Brigham & Women's Hospital, Boston, MA

July 1986-June 1987   Clinical Fellow in Medicine, Harvard Medical School, Boston, MA

July 1987-June 1989   Research Fellow in Medicine, Harvard Medical School, Boston, MA

**Licensure and Certification:**

1

| | |
|---|---|
| 1983 | New York State License |
| 1983 | Diplomate, The National Board of Medical Examiners |
| 1985 | Diplomate in Internal Medicine, The American Board of Internal Medicine |
| 1986 | Massachusetts State License |
| 1988 | Diplomate in Infectious Disease, The American Board of Internal Medicine |

**Academic Appointments:**

| | |
|---|---|
| June 1989-July 1993 | Instructor in Medicine, Harvard Medical School, Boston, MA |
| July 1993-Dec 2004 | Assistant Professor of Medicine, Harvard Medical School, Boston, MA |
| Jan 2005-July 2008 | Associate Professor of Medicine, Harvard Medical School, Boston, MA |
| July 2008- | Lecturer on Medicine, Harvard Medical School, Boston, MA |
| July 2008- | Professor of Medicine, University of Massachusetts Medical School, Worcester, MA |

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| July 1989  July 2000 | Associate in Medicine, Beth Israel Deaconess Medical Center, Boston, MA |
| July 1989- March 2008 | Associate Physician, Brigham and Women's Hospital, Boston, MA |
| March 2008 | Attending Physician, Division of Infectious Diseases and Immunology, University of Massachusetts Memorial Medical Center, Worcester, MA |

**Major Administrative Responsibilities:**

| | |
|---|---|
| 1981-1982 | Vice-President, Alpha Omega Alpha, Tufts University School of Medicine |
| 1984-1986 | Representative to the Medical Board, The New York Hospital-Cornell Medical Center |
| 2002-2021 | Editor, ProMED, Program for Monitoring Emerging Diseases, International Society for Infectious Diseases (Editor Emeritus 2021- ) |
| 2008-2019 | Director, Division of Epidemiology & Immunization, Massachusetts Department of Public Health |
| 2008-2019 | Deputy State Epidemiologist, Commonwealth of Massachusetts |

| | |
|---|---|
| 2012- 2013 | Interim Director, State Public Health Laboratory, Bureau of Laboratory Sciences, Massachusetts Department of Public Health |
| 2017-2019 | Director, Emerging Disease Surveillance, International Society for Infectious Diseases |
| 2019- | Medical Director, Bureau of Infectious Disease and Laboratory Sciences, Massachusetts Department of Public Health |

**Hospital and Health Care Organization Service Responsibilities:**

| | |
|---|---|
| 1989-1998 | Attending Physician, Infectious Disease Consultation Service, Beth Israel Deaconess Medical Center, Boston, MA |
| 1990-1998 | Attending Physician, Medical Service, Beth Israel Deaconess Medical Center, Boston, MA |
| 1991-1998 | Needlestick Injury Advisor for hospital employees, Beth Israel Deaconess Medical Center, Boston, MA |
| 1996-1998 | Attending Physician, Travel Medicine Clinic, Beth Israel Deaconess Medical Center, Boston, MA |
| 1998-2008 | Attending Physician, Infectious Disease Service, Brigham and Women's Hospital, Boston, MA |
| 2000-2003 | Consultant, Molecular Diagnostics, State Laboratory Institute, Department of Public Health, Boston, MA |
| 2007-2008 | Director, Global Travel Health Clinic, Brigham and Women's Hospital |
| 2008-2014 | Associate Director, Infection Control, University of Massachusetts Memorial Medical Center, Worcester, MA |
| 2008- | Attending Physician, Department of Medicine, Division of Infectious Diseases, University of Massachusetts Memorial Medical Center, Worcester, MA |

**Major Committee Assignments:**

| | |
|---|---|
| 1980-1982 | Curriculum Committee, Tufts University School of Medicine |
| 1989-1997 | Internship Selection Committee, Beth Israel Hospital, Boston, MA |
| 1995-2008 | Research Information Computing System Advisory Committee, |

Brigham and Women's Hospital, Boston, MA

| | |
|---|---|
| 1996-1998 | Computer Network Security Task Force, Harvard Medical School |
| 1997-2001 | Research Infrastructure Committee, Brigham and Women's Hospital, Boston, MA |
| 1999-2008 | Committee on Microbiological Safety, Harvard University |
| 2001-2008 | Technology Development and Assessment Committee, Brigham and Women's Hospital, Boston, MA |
| 2003 | NIH Center for Scientific Review, Special Emphasis Panel, Viral and Bacterial Synergy in Pathogenesis |
| 2008- | Tufts University School of Medicine's MPH Program External Advisory Committee |
| 2008- | Infection Control Committee, University of Massachusetts Memorial Medical Center |
| 2008- | Continuing Medical Education Committee, Massachusetts Department of Public Health |
| 2008-2011 | Investigational Review Board, Massachusetts Department of Public Health |
| 2010 | CDC Special Emphasis Panel, Emerging Infections Program, Enhancing Epidemiology and Laboratory Capacity |
| 2020-2023 | Governor Baker's Medical Advisory Board, Commonwealth of Massachusetts |
| 2020-2022 | Boston Athletic Association Medical Expert Advisory Committee for COVID-19 |
| 2020-2023 | Harvard University Medical Expert Advisory Group COVID-19 |
| 2023- | Investigational Review Board, Massachusetts Department of Public Health |

**Professional Societies:**

| | |
|---|---|
| 1987 | Infectious Disease Society of America, Fellow |
| 1988 | Massachusetts Infectious Disease Society, Member, (Board Member 2008-, |

Vice President, 2023-)

| | |
|---|---|
| 1989 | Lancefield Society, President (Secretary-Treasurer, 1997-2001, President 2002-4) |
| 1991 | American Society for Microbiology, Member |
| 1992 | American Federation for Clinical Research, Member |
| 1993 | Pediatric Infectious Disease Society, Member |
| 2002 | International Society for Infectious Diseases, Member |
| 2002 | American College of Physicians - American Society of Internal Medicine, Fellow |
| 2008 | Massachusetts Medical Society |
| 2008 | Council of State and Territorial Epidemiologists |

**Editorial Boards:**

| | |
|---|---|
| 1993-1999 | Editorial board member, *Molecular Biotechnology* |
| 1999-2009 | Editorial board member, *Journal of Clinical Microbiology* |
| 2002-2021 | Editor, *ProMED* (Program for Monitoring Emerging Diseases) |
| 2022 | Editor Emeritus, *ProMED* |

**Awards and Honors:**

| | |
|---|---|
| 1978 | Magna cum Laude, Yale University |
| 1978 | Distinction in Biology, Yale University (Departmental Honors) |
| 1981 | Alpha Omega Alpha, Tufts University School of Medicine |
| 1989 | Individual National Research Service Award, National Institute of Allergy and Infectious Diseases |
| 1990 | Burroughs-Wellcome Fund/National Foundation for Infectious Disease, Young Investigator's Award |
| 1990 | Individual Physician Scientist Award, National Institute of Allergy and |

Infectious Diseases

| | |
|---|---|
| 1998 | Elected to Fellow, Infectious Disease Society of America |
| 2004 | Elected to Fellow, American College of Physicians |
| 2009 | "Top reviewers" Annals of Internal Medicine |
| 2015 | First Prize, Public Health, British Medical Book Awards, British Medical Association, for *Emerging Infectious Diseases: Clinical Case Studies*, Ergonul O, Can F, Madoff L, Akova M, eds. Academic Press 2014 |
| 2021 | D.A. Henderson Award for Outstanding Contributions to Public Health. Infectious Diseases Society of America. |
| 2023 | Alan Balsam Public Health Leadership Award, Friends of Brookline (MA) Public Health |

**Research Funding Information:**

Past:

| | | | |
|---|---|---|---|
| 1988-1990 | NIH (F32) | PI | Individual National Research Scientist Award "C protein antigens of group B Streptococcus." |
| 1990-1995 | NIH (K08) | PI | Individual Physician Scientist Award "C Proteins in immunity to group B streptococcal infection." |
| 1998-2000 | Rhône-Poulenc Rorer | PI | Open Study of Synercid for Emergency Use (Infections due to resistant bacteria, treatment failure or treatment-intolerant patients.) |
| 1999-2001 | NIH/NIAID (R01) | PI | Genetics of alpha C proteins of group B streptococci |
| 1997-2002 | NIH (N01) | Investigator | The Streptococcal Initiative (Kasper DL, PI) Vaccine Development/Immunology Reference Lab |
| 2002-2007 | NIH (N01) | Investigator | Prevention of Group B Streptococcal Disease (Kasper DL, PI) |
| 1996-2007 | NIH (R01) | PI | Group B streptococcal surface proteins in immune evasion |

| 2006-2008 | NIH (R56) | PI | Group B streptococcal surface proteins in immune evasion |
|---|---|---|---|
| 2000 | Microscience Ltd. | PI | Testing of group B streptococcal vaccine candidates in a maternal immunization/neonatal mouse challenge model |
| 2003-2008 | NIH (R01) | Investigator | Bacterial Vaccine Antigen Discovery (Paoletti LC, PI) |
| 2004-2008 | NIH (U01) | Investigator | Development of a global GBS vaccine (Paoletti, LC, PI) |
| 2007-2012 | NIH (R01) | Investigator | Nanoscale Electrostatic Assemblies for Multi-Agent Drug Delivery from Orthopedic Implant Surfaces (Hammond, P, PI) |
| 2008-2010 | Brigham &Women's | PI | Clinical Innovation Grant: Global Travel Health |
| 2007-2010 | Rockefeller | PI | Enhancing Global Infectious Disease Surveillance: Collaboration between the International Society for Infectious Diseases and Mekong Basin Disease Surveillance Collaboration |
| 2008-2011 | Google.org | Co-PI | ProMED and HealthMap: Enhancing Emerging Disease Detection and Surveillance through Collaboration |
| 2010-2011 | Gates Foundation | Site PI | Project to Support Public Confidence in Immunization Programs (Prime Imperial College London) |
| 2009-2018 | Metabiota | PI | Subagreement on USAID PREDICT project; Emerging Pandemic Threats Program |
| 2013-2018 | Skoll Global Threats Fund | PI | Subagreement to TEPHINET for ProMED. Joint Proposal to Build a Cadre of Highly Qualified Field Epidemiologists to Enhance the Detection and Validation of Emerging Disease Outbreaks |

| 2014-2024 | Wellcome Trust | | Unrestricted funding for ProMED |
|---|---|---|---|
| 2022- | CDC | Co-PI | Pathogen Genomics Center for Excellence (Massachusetts Department of Public Health-Broad Institute-Academic Consortium) |

**Report of Current Research Activities:**

1. Bacterial diseases and pathogenesis
2. Bacterial vaccines
3. Group B streptococcal infections
4. Surveillance and detection of emerging infectious diseases

**Report of Teaching:**

**Local contributions**

| 1987-96 | Pathophysiology of Infectious Diseases, Harvard Medical School, Boston, MA<br>Laboratory and Small Group Instructor<br>Approximately 15 Medical students<br>20 hours contact time<br>10 hours preparation time annually |
|---|---|
| 1989-98 | Infectious Diseases Course for Fourth Year Medical Students, Harvard Medical School, Boston, MA<br>Lecturer<br>50 medical students<br>2 hours contact time<br>2 hours preparation time annually |
| 1989-98 | Infectious Disease Consult Service, Beth Israel Deaconess Medical Center, Harvard Medical School<br>Attending Physician<br>1-2 Infectious Disease Fellows<br>1-2 Residents, 1-2 medical students<br>150 hours contact time<br>75 hours preparation time annually |
| 1990-91 | Longwood Medical Area Combined Infectious Disease Conference<br>Course Director<br>50 attending physicians, 20 Infectious disease fellows<br>60 hours contact time, 30 hours preparation time |
| 1990-98 | Medicine, Beth Israel Deaconess Medical Center, Harvard Medical School |

Attending Physician
6-8 Medicine residents
2-3 medical students
35 hours contact time
20 hours preparation time annually

1996-2002     Tutor, Harvard Medical School, Identity, Microbes & Infectious Diseases, (1st year medical school course, HMS IN704.0)
12 students
30 hours contact time
30 hours preparation time

1997-2001     Case Author and Editor, Harvard Medical School, Identity, Microbes & Infectious Diseases, (1st year medical school course, HMS IN704.0)
150 Medical Students
100 hours preparation time annually

1998     Tutorial Director, Harvard Medical School, Identity, Microbes & Infectious Diseases, (1st year medical school course, HMS IN704.0)
150 Medical Students
100 hours preparation time annually

2001     Tutorial case editor, course planner, Harvard Medical School, Identity, Microbes & Infectious Diseases, (1st year medical school course, HMS IN704.0)
150 Medical Students
100 hours preparation time annually

2002     Infectious Disease Coordinator, Tutorial case editor, Tutor, Harvard Medical School, Identity, Microbes & Infectious Diseases, (1st year medical school course, HMS IN704.0)
150 Medical Students
100 hours preparation time annually

1999 -2008     Infectious Disease Consultation Service, Brigham and Women's Hospital
Attending Physician (Clinical Infectious Diseases and Microbiology, ME513M.23)
1-2 Infectious Disease Fellows
1-2 Residents, 1-2 medical students
150 hours contact time
75 hours preparation time annually

2008-     Infectious Disease Consultation Service, University of Massachusetts Medical Center
Attending Physician
1-2 Infectious Disease Fellows
1-2 Residents, 1-2 medical students
150 hours contact time

75 hours preparation time annually

2009-    Lecturer,  "How the public health system works," University of Massachusetts
Medical Center
Annual lecture
6 Infectious disease fellows
1 hour contact time
6 hours preparation time

2009-    Lecturer, "Streptococcal Diseases", University of Massachusetts Medical Center
Annual lecture
6 Infectious disease fellows
1 hour contact time
6 hours preparation time

2011    Lecturer, "The Impact of Infectious Diseases on History and Society", Harvard
College Seminar

2013-    Lecturer,  "Infections from Bites and Burns", University of Massachusetts Medical
Center
Annual lecture
6 Infectious disease fellows
1 hour contact time
6 hours preparation time

**Local invited teaching presentations**

2004    Lecturer, Boston Bacterial Pathogenesis Seminar Series, Harvard Medical School

2004    Lecturer, Boston University School of Medicine, Department of Microbiology
Seminar

2006    Lecturer, Jonathan Freeman Symposium, Harvard School of Public Health

2011    Lecturer, University Seminar on One Health, Tufts University, Medford, MA

2011    Discussant, Clinicopathologic Conference, Massachusetts General Hospital,
Boston, MA

2012    Lecturer, International Veterinary Forum, Cummings School of Veterinary
Medicine, Tufts University, Grafton, MA

2012    Lecturer, Northeast Association for Clinical Microbiology and Infectious Disease,
Annual Meeting, Boxborough, MA

10

| 2021 | Lecturer, New England College of Occupational Medicine, Newton, MA |

**Continuing Medical Education Courses**

| 1997-1999 | Faculty, Harvard Medical School Continuing Medical Education Course, HIV Update: Contemporary Issues in Management.  Beth Israel Deaconess Medical Center.<br>100 physicians<br>1 hour contact time<br>8 hours preparation time annually |

| 2000-2002 | Faculty, Harvard Medical School, Brigham & Women's Hospital, Office Practice of Primary Care Medicine, Health Care of Travelers.<br>CME course<br>100 Physicians, 3 hours contact time, 20 hours preparation time |

| 2001-2002 | Faculty, Harvard Medical School, Brigham & Women's Hospital, Infectious Disease in Primary Care:  Office and Hospital Practice, Lecturer, Travel Medicine.<br>CME course<br>150 Physicians, 1 hour contact time |

| 2006 | Faculty, Harvard Medical School, Brigham & Women's Hospital, Infectious Disease in Primary Care:  Office and Hospital Practice, Lecturer, Travel Medicine.<br>CME course<br>150 Physicians, 1 hour contact time |

| 2007 | Faculty, Harvard Medical School, Brigham & Women's Hospital, Office Practice of Primary Care Medicine, Lecturer, Travel Medicine.<br>CME course<br>100 Physicians, 2 hour contact time, 20 hours preparation time |

| 2008 | Faculty, Harvard Medical School, Brigham & Women's Hospital, Office Practice of Primary Care Medicine, Lecturer, Travel Medicine.<br>CME course<br>100 Physicians, 2 hour contact time, 20 hours preparation time |

| 2009 | Faculty, Harvard Medical School, Brigham & Women's Hospital, Infectious Disease in Primary Care:  Office and Hospital Practice, Lecturer, Travel Medicine.<br>CME course<br>150 Physicians, 1 hour contact time |

| 2009 | Faculty, Harvard Medical School, Brigham & Women's Hospital, Office Practice of Primary Care Medicine, Lecturer, Travel Medicine.<br>CME course |

100 Physicians, 2 hour contact time, 20 hours preparation time

2012-    Faculty, "Vaccines for International Travel" Massachusetts Immunization Action Program, 50 participants, 1 hour contact time, 10 hours preparation time

## Advisory and Supervisory Responsibilities

1992-2008    Laboratory Supervisor for Postdoctoral Fellows, Channing Laboratory, Brigham and Women's Hospital
1-3 Postdoctoral Fellows, 100 hours contact time per Postdoctoral Fellow

1995-98    Housestaff Advisor, Beth Israel Deaconess Medical Center
1 Medical intern
10 hours contact time annually

2000    Housestaff Research Mentor, Brigham & Women's Hospital.
1 Resident, 5 months, approx 100 hours contact time

2009-    Mentor, Graduate School of Biomedical Sciences, University of Massachusetts, Worcester, MA, 1 Graduate Student, 100 hours contact time.

2019-20    Mentor, Graduate School of Public Health, University of Massachusetts, Amherst, MA, 1 graduate student 50 hours contact time

## Names of advisees and trainees

| Duration of Training | Name | Subsequent Position |
|---|---|---|
| 1992-1993 | Deborah Horensky, MD | Director, New Mexico State Dept of Public Health, Microbiology Laboratory |
| 1993-1996 | Claudia Gravekamp, PhD | Assistant Professor of Medicine, University of Texas Health Science Center |
| 1994-1996 | Catherine Lachenauer, MD | Assistant Professor of Pediatrics, Children's Hospital, Harvard Medical School |
| 1997-2005 | Karen M. Puopolo, MD, PhD | Assistant Professor in Pediatrics, Children's Hospital, Harvard Medical School |
| 1999-2007 | Gilles R. Bolduc, PhD | Senior Scientist, Cequent Pharmaceuticals Cambridge, Massachusetts |

| | | |
|---|---|---|
| 2001-2008 | Miriam J. Baron, MD | Assistant Professor of Medicine, Brigham & Women's Hospital, Harvard Medical School |
| 2004-2007 | Sandra Wong, MD | Medical Resident, Cleveland Clinics |
| 2005-2006 | Munirih Qualls | Student, Harvard Medical School |
| 2005-2007 | Elizabeth Case | Student, Univ Tennessee College of Medicine |
| 2009-2013 | Hilary Placzek | Epidemiologist, Healthpoint systems, Andover, MA |
| 2017-2020 | Angel Desai, MD | Assistant Professor, Infectious Disease, University of California, Davis, CA |
| 2019-2020 | Nongnooch Poowanawittayakom, MD | MPH Candidate, University of Massachusetts |

**Regional, National, and International Contributions:**

**Invited Presentations:**

1993,   Session Chairman, Lancefield International Society Meeting, St. Petersburg, Russia

1999   Lecturer, Medical Grand Rounds, Brigham and Women's Hospital, Boston, MA,

2000   Lecturer, Microscience Ltd. London, U.K.

2001   Lecturer, Chiron Vaccines, Siena Italy,

2001   Session Chairman and Moderator, Infectious Disease Society of America, San Francisco.

2003   Lecturer, Mekong Basin Disease Surveillance Group, Vientiane, Lao PDR

2004   Session Chairman, International Society for Infectious Diseases, Cancun, Mexico

2004   Lecturer, Interscience Conference on Antimicrobial Agents and Chemotherapy, American Society for Microbiology, Washington, DC

2004   Lecturer, Meeting of the States Parties to the Biological and Toxin Weapons Convention, United Nations, Geneva, Switzerland

2004    Lecturer, Infectious Diseases and Microbiology Conference, Mt. Sinai School of Medicine, New York, NY

2005    Lecturer, International Conference on Biosafety and Biorisks, Lyon, France

2005    Scientific Program Committee, International Conference on Emerging Infectious Diseases, Centers for Disease Control and Prevention, Atlanta

2005    Lecturer, Global Health Leadership Forum, Conference on the Revised International Health Regulations, Taipei, Taiwan

2005    Lecturer, Ministry of Public Health, Bangkok, Thailand

2006    Session Moderator, International Conference on Emerging Infectious Diseases, Atlanta

2006    Session Chair, International Congress on Infectious Diseases, Lisbon, Portugal

2006    Lecturer, University of Pierre et Marie Curie, Epidemiology Program Retreat, St. Malo, France.

2007    Chair, Scientific Program Committee, International Meeting on Emerging Diseases and Surveillance, Vienna, Austria

2007    Scientific Program Committee, International Conference on Emerging Infectious Diseases 2008, Centers for Disease Control and Prevention, Atlanta

2007    Lecturer, Cummings Veterinary School of Tufts University, Grafton, Massachusetts, One Health Symposium

2007    Lecturer, Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia

2008    Lecturer, Georgetown University, Program in Biohazardous Threat Agents & Emerging Infectious Diseases, Washington, DC

2008    Session Chair, Hot Topics in Infectious Disease, 13th International Congress on Infectious Diseases, Kuala Lumpur, Malaysia

2009    Chair, Scientific Program Committee, International Meeting on Emerging Diseases and Surveillance, Vienna, Austria

2009    Medical Grand Rounds, Massachusetts General Hospital, Boston, MA, H1N1 Influenza

2009    Cable Television report with Senator Scott Brown, H1N1 Influenza Update.

2010    Scientific Program Committee and Session Chair, International Conference on Emerging Infectious Diseases 2010, Centers for Disease Control and Prevention, Atlanta

2010    Lecturer, Georgetown University, Program in Biohazardous Threat Agents & Emerging Infectious Diseases, Washington, DC

2011    Chair, Scientific Program Committee, International Meeting on Emerging Diseases and Surveillance, Vienna, Austria

2011    American Academy of Microbiology, Symposium on Point of Care Diagnostics, Fondation Merieux, Annecy, France

2012    Organizing Committee Member and Invited Speaker, 2012 Harvard International Conference on Digital Disease Detection, Boston, MA

2012    ASM International Speaker, International Congress on Infectious Diseases, Bangkok, Thailand

2012    Plenary Speaker, Launch of Centre for Infectious Disease Epidemiology Research (CIDER), National University of Singapore

2013    Scientific Program Committee Chair; Symposium speaker, Session chair, International Meeting on Emerging Diseases and Surveillance (IMED 2013), Vienna, Austria

2013    Panelist/speaker, White House conference on "Big Data", Washington, DC

2014    Scientific Program Committee Chair; Session chair, International Meeting on Emerging Diseases and Surveillance (IMED 2014), Vienna, Austria

2016    Scientific Program Committee Chair; Session chair, International Meeting on Emerging Diseases and Surveillance (IMED 2016), Vienna, Austria

2017    Plenary speaker, panelist, Singapore International Infectious Disease Conference, Singapore

2017    Plenary speaker, Federation of Infectious Disease Societies of South Africa, Cape Town, South Africa

2022    Scientific Program Committee, Session Chair, International Conference on Emerging Infectious Diseases 2022, Centers for Disease Control and Prevention, Atlanta

2022    Plenary speaker, Keystone Symposium, Lessons from the Pandemic, Snowbird, Utah

2022    Scientific Organizing Committee, Session Chair, One Health Science, World One Health Congress, Singapore

2024    Scientific Organizing Committee, Session Chair, One Health Science, World One Health Congress, Cape Town, South Africa

2024    Scientific Organizing Committee, National Academy of Medicine, Forum on Microbial Threats, Accelerating the Use of Pathogen Genomics and Metagenomics in Public Health: A Workshop

**Report of Clinical Activities**

My current clinical activities include attending on the inpatient Infectious Disease Consult Service at University of Massachusetts Memorial Medical Center. This involves consultation in the management of frequently complex infectious disease issues of medical, surgical and obstetric patients, many of whom are critically ill, as well as the supervision and teaching of Infectious Disease fellows, medical students, and residents. I attend for three to four weeks each academic year. In addition to general infectious diseases, my special areas of interest include bacterial infections, vaccines, emerging infectious diseases, and travel and geographic medicine.

I am Medical Director for the Bureau of Infectious Disease and Laboratory Sciences of the Massachusetts Department of Public Health. In this role, I provide medical oversight for physicians, epidemiologists and public health nurses, and assist in the development of public health policy for monitoring and controlling infectious diseases of public health importance.

As the Editor Emeritus of ProMED (the Program for Monitoring Emerging Diseases; Editor from 2002-2021) I work with a network of more than 50 health professionals around the world that is dedicated to rapid global dissemination of information on outbreaks of infectious diseases and acute exposures to toxins that affect human health, including those in animals and in plants grown for food or animal feed. Electronic communications enable ProMED to provide up-to-date and reliable news about threats to human, animal, and food plant health around the world, seven days a week. More than 85,000 subscribers in nearly every country, including at every level of the official public health system, depend on ProMED reports.

16

# BIBLIOGRAPHY

**Original Articles:**

1.    Squires KE, Murphy W, Madoff L, Murray HW.  Interferon gamma and <u>Mycobacterium avium-intracellulare</u> infection.  J Infect Dis 1989;159(3):599-600.

2.    Madoff LC, Michel JL, Kasper DL.  A monoclonal antibody identifies a protective C-protein alpha-antigen epitope in group B streptococci.  Infect Immun 1991;59(1):204-210.

3.    Michel JL, Madoff LC, Kling DE, Kasper DL, Ausubel FM.  Cloned alpha and beta C protein antigens of group B streptococci elicit protective immunity.  Infect Immun 1991;59(6):2023-2028.

4.    Madoff LC, Hori S, Michel JL, Baker CJ, Kasper DL.  Phenotypic diversity in the alpha C protein of group B *Streptococcus*.  Infect Immun 1991;59(8):2638-2644.

5.    Michel JL, Madoff LC, Olson K, Kling DE, Kasper DL, Ausubel FM.  Large identical tandem repeating units in the C protein alpha antigen gene, *bca*, of group B streptococci.  Proc Natl Acad Sci USA 1992;89: 10060-10064.

6.    Madoff LC, Michel JL, Gong EW, Rodewald AK, Kasper DL.  Protection of neonatal mice from group B streptococcal infection by maternal immunization with beta C protein. Infect Immun 1992; 60(12):4989-4994.

7.    Hervás JA, González L, Gill J, Paoletti LC, Madoff LC, Benedi VJ.  Neonatal group B streptococcal infection in Mallorca, Spain. Clin Infect Dis 1993;16:714-718.

8.    Madoff LC, Paoletti LC, Tai JY, Kasper DL.  Maternal immunization of mice with group B streptococcal type III polysaccharide-beta C protein conjugate elicits protective antibody to multiple serotypes. J Clin Invest 1994;94:286-292.

9.    Madoff LC, Michel JL, Kling D, Gong EW, Kasper DL. Group B streptococci escape host immunity by deletion of tandem repeat elements of the alpha C protein. Proc Natl Acad Sci USA

1996; 93:4131-4136.

10.    Gravekamp C, Horensky DS, Michel JL, Madoff LC.  Variation in repeat number within the alpha C protein of group B *Streptococcus* alters antigenicity and protective epitopes.  Infect Immun 1996; 64:3576-3583.

11.    Lachenauer CS, Madoff LC.  A protective surface protein from type V group B streptococci shares N-terminal sequence homology with the alpha C protein.  Infect Immun 1996; 64:4255-4260.

12.    Kling DE, Gravekamp C, Madoff LC, Michel JL. Characterization of two distinct opsonic and protective epitopes within the alpha C protein of group B *Streptococcus* .  Infect Immun 1997; 65: 1462-1467.

13.    Lachenauer CS, Madoff LC.  Cloning and expression in Escherichia coli of a protective surface protein from type V group B streptococci. Adv Exp Med Biol. 1997; 418:615-8.

14.    Gravekamp C, Kasper DL, Madoff LC.  Immunization with a single-repeat alpha C protein may prevent escape of lower repeat mutants of group B *Streptococcus*.  Adv Exp Med Biol. 1997; 418:855-7.

15.    Gravekamp C, Kasper DL, Michel JL, Kling DE, Carey V, Madoff LC. Immunogenicity and protective efficacy of the alpha C protein of group B *Streptococcus* are inversely related to repeat number. Infect Immun 1997; 65:5216-5221.

16.    Gravekamp C, Rosner B, Madoff LC.  Deletion of repeats in the alpha C protein enhances pathogenicity of group B streptococci in immune mice.  Infect Immun 1998; 66:4347-4354.

17.    Lachenauer CS, Kasper DL, Shimada J, Ichiman Y, Ohtsuka H, Kaku M, Paoletti LC, Ferrieri P, Madoff LC.  Setotypes VI and VIII predominate among group B streptococci isolated from pregnant Japanese women.  J Infect Dis 1999; 179:1030-1033.

18.    Huebner J, Wang Y, Krueger WA, Madoff LC, Matarosian G, Goldmann DA, Kasper DL, Tzianabos AO, Pier GB.  Isolation and chemical characterization of a capsular polysaccharide antigen shared by clinical isolates of *Enterococcus faecalis* and vancomycin-resistant *Enterococcus faecium*. Infect Immun 1999; 67:1213-1219.

19.    Gravekamp C, Kasper DL, Paoletti LC, Madoff LC.  Alpha C protein as a carrier protein for the type III group B streptococcal polysaccharide.  Infect Immun 1999; 67:2491-2496.

20.    Kling DE, Madoff LC, Michel JL. Subcellular fractionation of group B *Streptococcus*. Biotechniques 1999; 27:24-28.

21.    Davies JK, Paoletti LC, McDuffie RS, Madoff LC, Lee S, Eskens J, Gibbs RS.  A randomized trial of conjugated Ia group B streptococcal vaccine in a rabbit model of ascending infection.  Am J Obstet Gynecol 1999; 181:803-8 .

22.    Ross RA, Madoff LC, Paoletti LC.  Regulation of cell component production by growth rate in group B *Streptococcus*. J Bacteriol 1999; 181:5389-94 .

23.    Lachenauer C, Creti R, Michel JL, Madoff LC.  Mosaicism in the alpha-like protein genes of group B streptococci. Proc Natl Acad Sci USA 2000; 97:9630-35.

24.    Puopolo KP, Hollingshead SK, Carey VJ, Madoff LC.  Tandem repeat deletion in the alpha C protein of group B *Streptococcus* is recA independent.  Infect Immun 2001; 69:5037-5045.

25.    Lachenauer CS, Baker CJ, Baron MJ, Kasper DL, Gravekamp C, Madoff LC.  Quantitative determination of IgG to the group B streptococcal beta C protein in human maternal sera.  J Infect Dis 2002; 185:368-74.

26.    Tettelin H, Masignani V, Cieslewicz MJ, Eisen JA, Peterson S, Wessels MR, Paulsen IT, Nelson KE, Margarit  I, Read TD, Madoff LC, Wolf AM, Beanan MJ, Brinkac LM, Daugherty SC, DeBoy RT, Durkin AS, Kolonay JF, Madupu R, Lewis MR, Radune D, Fedorova NB, Scanlan D, Khouri H, Mulligan S, Carty HA, Cline RT, Van Aken SE, Gill J, Scarselli M, Mora M, Iacobini ET, Brettoni, C, Galli G, Mariani M, Vegni F, Maione D, Rinaudo D, Rappuoli R, Telford JL, Kasper DL, Grandi G, Fraser CM. Complete genome sequence and comparative genomic analysis of an emerging human pathogen, serotype V *Streptococcus* agalactiae. Proc Natl Acad Sci USA 2002; 99:12391-6.

27. Bolduc GR, Baron MJ, Gravekamp C, Lachenauer CS, Madoff LC. The alpha C protein mediates internalization of group B *Streptococcus* within human cervical epithelial cells. Cell Microbiol, 2002; 4:751-8.

28. Puopolo KM, Madoff LC. Upstream short sequence repeats regulate expression of the alpha C protein of group B Streptococcus. Molec Micro 2003; 50: 977-91.

29. Mikamo H, Johri AK, Paoletti LC, Madoff LC, Onderdonk AB. Adherence to, invasion by, and cytokine production in response to serotype VIII group B streptococci. Infect Immun 2004; 72:4716-22.

30. Baron MJ, Bolduc GR, Goldberg MB, Auperin TC, Madoff LC. Alpha C protein of group B Streptococcus binds host cell surface glycosaminoglycan and enters cells by an actin-dependent mechanism. J Biol Chem 2004; 279: 24714-23.

31. Puopolo KM, Madoff LC, Eichenwald EC. Early-onset group B streptococcal disease in the era of maternal screening. Pediatrics 2005; 115(5):1240-6.

32. Aupérin TC, Bolduc GR, Baron MJ, Heroux A, Filman DJ, Madoff LC, Hogle JM. Crystal structure of the N-terminal domain of the group B Streptococcus alpha C protein. J Biol Chem 2005; 280(18):18245-52.

33. Maione D, Margarit I, Rinaudo CD, Masignani V, Mora M, Scarselli M, Tettelin H, Brettoni C, Iacobini ET, Rosini R, D'Agostino N, Miorin L, Buccato S, Mariani M, Galli G, Nogarotto R, Nardi Dei V, Vegni F, Fraser C, Mancuso G, Teti G, Madoff LC, Paoletti LC, Rappuoli R, Kasper DL, Telford JL, Grandi G. Identification of a universal Group B streptococcus vaccine by multiple genome screen. Science 2005; 309(5731):148-50.

34. Tettelin H, Masignani V, Cieslewicz MJ, Donati C, Medini D, Ward NL, Angiuoli SV, Crabtree J, Jones AL, Durkin AS, Deboy RT, Davidsen TM, Mora M, Scarselli M, Margarit Y Ros I, Peterson JD, Hauser CR, Sundaram JP, Nelson WC, Madupu R, Brinkac

LM, Dodson RJ, Rosovitz MJ, Sullivan SA, Daugherty SC, Haft DH, Selengut J, Gwinn ML, Zhou L, Zafar N, Khouri H, Radune D, Dimitrov G, Watkins K, O'connor KJ, Smith S, Utterback TR, White O, Rubens CE, Grandi G, Madoff LC, Kasper DL, Telford JL, Wessels MR, Rappuoli R, Fraser CM.  Genome analysis of multiple pathogenic isolates of Streptococcus agalactiae: Implications for the microbial "pan-genome."  Proc Natl Acad Sci USA  2005; 102(39):13950-5.

35.   Ramaswamy SV, Ferrieri P, Madoff LC, Flores AE, Kumar N, Tettelin H, Paoletti LC. Identification of novel cps locus polymorphisms in nontypeable group B Streptococcus. Journal Med Microbiol. 2006; 55: 775-83.

36.   Cowen P, Garland T, Hugh-Jones ME, Shimshony A, Handysides S, Kaye D, Madoff LC, Pollack MP, Woodall J. Evaluation of ProMED-mail as an electronic early warning system for emerging animal diseases: 1996 to 2004. J Am Vet Assoc. 2006; 229(7):1090-9.

37.   Pannaraj PS, Kelly JK, Madoff LC, Rench RA, Lachenauer CS, Edwards MS, Baker CJ. Group B Streptococcal bacteremia elicits beta C protein-specific IgM and IgG in humans. J Infect Dis. 2007; 195(3):353-6.

38.   Puopolo KM, Madoff LC. Type IV Neonatal Early-Onset group B streptococcal disease in an United States hospital. J Clin Microbiol 2007. 45(4):1360-2.

39.   Baron MJ, Filman DJ, Prophete G, Hogle JM, Madoff LC. Identification of a glycosaminoglycan-binding region of the alpha C protein that mediates entry of group B streptococci into host cells. J Biol Chem 2007. Apr; 282(14):10526-36.

40.   Yang HH, Madoff LC, Guttormsen HK, Liu YD, Paoletti LC. Recombinant group B streptococcal beta C protein and its IgA-binding deleted variant are protective mouse maternal vaccines and effective carriers in conjugate vaccines. Infect Immun 2007; 75(7):3455-61.

41.    Bolduc GR, Madoff LC. The group B streptococcal alpha C protein binds α1β1-integrin through a novel KTD motif that promotes internalization of GBS within human epithelial cells. Microbiology 2007; 153(12):3954-3962.

42.    Panaraj PS, Kelly JK, Rench MA, Madoff LC, Edwards MS, Baker CJ. Alpha C protein-specific immunity in humans with group B streptococcal colonization and invasive disease. Vaccine 2008; 26(4):502-508.

43.    Yang H-H, Mascuch S, Madoff LC and LC Paoletti.  2008.  Recombinant group B streptococcal alpha-like protein 3 is an effective immunogen and carrier protein. Clin Vaccine Immunol 2008; 15 (7) : 1035-41.

44.    Kling DE, Cavicchio AJ, Sollinger CA, Madoff LC, Schnitzer JJ, Kinane TB.  Lactic acid is a potential virulence factor for group B Streptococcus.  Microb Pathog 2009; 46(1):43-52

45.    Baron MJ, Wong SL, Nybakken K, Carey VJ, Madoff LC.  Host glycosaminoglycan confers susceptibility to bacterial infection in drosophila. Infect Immun 2009;77(2):860-6.

46.    Klinzing DC, Madoff LC, Puopolo KM. Genomic analysis identifies a transcription-factor binding motif regulating expression of the alpha C protein in group B Streptococcus. Microb Pathog 2009; Microb Pathog. 2009;46(6):315-20.

47.    Brownstein JS,  Freifield CC, Madoff LC. Digital disease detection — Harnessing the web for public health surveillance.  N Engl J Med 2009; 360(21):2153-5.

48.    Brownstein JS,  Freifield CC, Madoff LC.  Influenza A (H1N1) virus, 2009--online monitoring. N Engl J Med 2009;360(21):2156.

49.    Hartley D, Nelson N, Walters R, Arthur R, Yangarber R, Madoff L, Linge J, Mawudeku A, Collier N, Brownstein J, Thinus G, Lightfoot N. The Landscape of International Event-based Biosurveillance.  Emerg Health Threats J. 2010;3:e3.

50.    Madoff LC, Brownstein JS. Rumors of pandemic: Monitoring emerging disease outbreaks on the Internet.  In: The Domestic and International Impacts of the 2009-H1N1 Influenza A Pandemic: Global Challenges, Global Solutions. National Academies Press. Washington DC, 2010:269-282

51.    Mayo L, Dionne-Odom J, Talbot EA, Adamski C, Bean C, Daly ER, Gao F, Gougelet R, Montero J, Morse D, Smith J, Berry R, McGarry F, Wimsatt M, Stamm L, Madoff L, Gauthier C, Nalipinski M, Hoffmaster AR, Shadomy SV, Pesik NT, Smith TL, Rose LJ, Martinez K, Burrer SL, Stauffer K.  Gastrointestinal anthrax after an animal-hide drumming event – New Hampshire and Massachusetts, 2009.  MMWR 2010 (59):872-877.

52.    Chan EH, Brewer TF, Madoff LC, Pollack MP, Sonricker AL, Keller M, Freifeld CC, Blench M, Mawudeku A, Brownstein JS. Global capacity for emerging infectious disease detection. Proc Natl Acad Sci U S A. 2010 Dec 14;107(50):21701-6.

53.    Placzek H, Madoff LC. The use of immunization registry-based data in vaccine effectiveness studies. Vaccine. 2011 Jan 10;29(3):399-411.

54.    Madoff LC, Fisman DN, Kass-Hout T. A new approach to monitoring dengue activity. PLoS Negl Trop Dis. 2011 May;5(5):e1215.

55.    Ryan ET, Madoff LC, Ferraro MJ. Case 20-2011: A 30-year-old man with diarrhea after a trip to the Dominican Republic.  Case Records of the Massachusetts General Hospital. N Eng J Med. 2011: 364: 2536-41.

56.    Lipsitch M, Finelli L, Heffernan RT, Leung GM, Redd SC; 2009 H1N1 Surveillance Group. (Madoff LC member of H1N1 Surveillance Group). Improving the evidence base

for decision making during a pandemic: the example of 2009 influenza A/H1N1. Biosecur Bioterror. 2011 Jun;9(2):89-115.

57.    Newton AE, Heiman KE, Schmitz A, Török T, Apostolou A, Hanson H, Gounder P, Bohm S, Kurkjian K, Parsons M, Talkington D, Stroika S, Madoff LC, Elson F, Sweat D, Cantu V, Akwari O, Mahon BE, Mintz ED. Cholera in United States associated with epidemic in Hispaniola. Emerg Infect Dis. 2011 Nov; [Epub ahead of print]

58.    Placzek H, Madoff L. Identification of Influenza Cases During the H1N1 Pandemic in Massachusetts Using Population-Based Hospital Discharge Data. PLoS Curr. 2011 Aug 14;3:RRN1256.

59.    Fisher M, Henk D, Briggs C, Brownstein J, Madoff L, McCraw S, Gurr S. Emerging fungal threats to animal, plant and ecosystem health. Nature. 2012 April 12; 484: 186-194.

60.    Mondor L, Brownstein JS, Chan E, Madoff LC, Pollack MP, Buckeridge DL, Brewer TF. Timeliness of nongovernmental versus governmental global outbreak communications. Emerg Infect Dis. 2012;18:1184-7.

61.    Chan EH, Scales DA, Brewer TF, Madoff LC, Pollack MP, Hoen AS, Chodin T, Brownstein JS. Forecasting high-priority infectious disease surveillance regions: a socioeconomic model. Clin Infect Dis 2013 Feb;56(4):517-24.

62.    Pollack MP, Pringle C, Madoff LC, Memish ZA. Latest outbreak news from ProMED-mail: Novel coronavirus - Middle East. Int J Infect Dis 2013 S1201-9712(12)01310-0.

63.    Barboza P, Vaillant L, Mawudeku A, Nelson NP, Hartley DM, Madoff LC, Linge JP, Collier N, Brownstein JS, Yangarber R, Astagneau P. (2013) Evaluation of Epidemic Intelligence Systems Integrated in the Early Alerting and Reporting Project for the Detection of A/H5N1 Influenza Events. PLoS ONE 8(3): e57252

64.    Larson HJ, Smith DMD, Paterson P, Cumming M, Eckersberger E, Freifeld CC, Ghinai I, Jarrett C, Paushter L, Brownstein JS, Madoff LC. Measuring vaccine confidence: analysis of data obtained by a media surveillance system used to analyse public concerns about vaccines. Lancet Infect Dis 2013;13:606-13.

65.    Hartley DM, Nelson NP, Arthur RR, Barboza P, Collier N, Lightfoot N, Linge JP, van der Goot E, Mawudeku A, Madoff LC, Vaillant L, Walters R, Yangarber R, Mantero J, Corley CD, Brownstein JS. An overview of Internet biosurveillance. Clin Microbiol Infect.2013 May 24. doi: 10.1111/1469-0691.12273.

66.    Klinzing DC, Nadeeza I, Dunning Hotopp JC, Tettelin H, Shields KR, Madoff LC, Puopolo KM. The two-component response regulator LiaR regulates cell wall stress responses, pili expression and virulence in group B Streptococcus. Microbiology 2013;159:1521-34.

67.    Yih WK, Cocoros NM, Crockett M, Klompas M, Kruskal BA, Kulldorff M, Lazarus R, Madoff LC, Morrison MJ, Smole S, Platt R. Automated influenza-like illness reporting, an efficient adjunct to traditional sentinel surveillance. Public Health Rep. 2014 Jan-Feb;129(1):55-63.

68.    Placzek H, Madoff LC. Effect of race/ethnicity and socioeconomic status on pandemic H1N1-related outcomes in Massachusetts. Am J Pub Health 2014 Jan;104(1)

69.    Barboza P, Vaillant L, Le Strat Y, Hartley DM, Nelson NP, Mawudeku A, Madoff LC, Linge JP, Collier N, Brownstein JS, Astagneau P. Factors influencing performance of internet-based biosurveillance systems used in epidemic intelligence for early detection of infectious diseases outbreaks.  PLoS One. 2014 Mar 5;9(3)

70.    Bialek SR, Allen D, Alvarado-Ramy F, Arthur R, Balajee A, Bell D, Best S, Blackmore C, Breakwell L, Cannons A, Brown C, Cetron M, Chea N, Chommanard C, Cohen N, Conover C, Crespo A, Creviston J, Curns AT, Dahl R, Dearth S, DeMaria A, Echols F, Erdman DD, Feikin D, Frias M, Gerber SI, Gulati R, Hale C, Haynes LM, Heberlein-

Larson L, Holton K, Ijaz K, Kapoor M, Kohl K, Kuhar DT, Kumar AM, Kundich M, Lippold S, Liu L, Lovchik JC, Madoff L, Martell S, Matthews S, Moore J, Murray LR, Onofrey S, Pallansch MA, Pesik N, Pham H, Pillai S, Pontones P, Pringle K, Pritchard S, Rasmussen S, Richards S, Sandoval M, Schneider E, Schuchat A, Sheedy K, Sherin K, Swerdlow DL, Tappero JW, Vernon MO, Watkins S, Watson J; First confirmed cases of Middle East respiratory syndrome coronavirus (MERS-CoV) infection in the United States, updated information on the epidemiology of MERS-CoV infection, and guidance for the public, clinicians, and public health authorities - May 2014. MMWR Morb Mortal Wkly Rep. 2014 May 16;63(19):431-6.

71.    Iroh Tam PY, Madoff LC, Coombes B, Pelton SI. Invasive Pneumococcal Disease After Implementation of 13-Valent Conjugate Vaccine. Pediatrics. 2014 Aug;134(2):210-7.

72.    Placzek HE, Madoff LC.  Association of Age and Comorbidity on 2009 Influenza A Pandemic H1N1-Related Intensive Care Unit Stay in Massachusetts.  Am J Public Health. 2014 Nov;104(11):e118-25.

73.    Iroh Tam PY, Coombes B, Madoff L, Pelton SI. Severity of invasive pneumococcal disease in children caused by susceptible and nonsusceptible isolates.  Pediatr Infect Dis J. 2014 Nov;33(11):1206-7.

74.    Iroh Tam PY, Madoff LC, O'Connell M, Pelton SI. Seasonal Variation in Penicillin Susceptibility and Invasive Pneumococcal Disease. Pediatr Infect Dis J. 2015 Apr 34(4):456-7.

75.    Petersen E, Pollack MM, Madoff LC. Health-care associated transmission of Middle East Respiratory Syndrome Corona virus, MERS-CoV, in the Kingdom of Saudi Arabia. Int J Infect Dis. 2014 Dec;29:299-300.

76.    Vayena E, Salathé M, Madoff LC, Brownstein JS. Ethical challenges of big data in public health. PLoS Comput Biol. 2015 Feb 9;11(2):e1003904.

77.    Chancellor JR, Padmanabhan SP, Greenough TC, Sacra R, Ellison RT 3rd, Madoff LC, Droms RJ, Hinkle DM, Asdourian GK, Finberg RW, Stroher U, Uyeki TM, Cerón OM. Uveitis and systemic inflammatory markers in convalescent phase of Ebola virus disease. Emerg Infect Dis. 2016 22(2):295-7.

78.    Bahk CY, Cumming M, Paushter L, Madoff LC, Thomson A, Brownstein JS. Publicly Available online tool facilitates real-time monitoring of vaccine conversations and sentiments. Health Aff (Millwood). 2016 Feb 1;35(2):341-7.

79.    Kluberg SA, Mekaru SR, McIver DJ, Madoff LC, Crawley AW, Smolinksi MS, Brownstein JS. Global capacity for emerging infectious disease detection, 1996–2014. Emerg Infect Dis. 2016 Oct;22(10):E1-6.

80.    Powell, G. A., Zinsser, K., Verma, A., Bahk, C., Madoff, L. C., Brownstein, J., & Buckeridge, D. Media content about vaccines in the United States and Canada, 2012–2014: An analysis using data from the Vaccine Sentimeter. *Vaccine*, 2016 34(50), 6229-6235.

81.    Carrion M, Madoff LC.  ProMED-mail: 22 years of digital surveillance of emerging infectious diseases.  Int Health. 2017 May 1;9(3):177-183.

82.    Ramatowski JW, Lee CX, Mantzavino A, Ribas J, Guerra W, Preston ND, Schernhammer E, Madoff LC, Lassmann B. Planning an innovation marathon at an infectious disease conference with results from the International Meeting on Emerging Diseases and Surveillance 2016 Hackathon.  Int J Infect Dis. 2017 Dec;65:93-97.

83.    Huff AG, Allen T, Whiting K, Williams F, Hunter L, Gold Z, Madoff LC, Karesh WB. Biosurveillance: a systematic review of global infectious disease surveillance systems from 1900 to 2016.  Rev Sci Tech Off Int Epiz. 2017;36(2); 513-524.

84.     Lorte TS, Pollack MP, Lassmann B, Brownstein J, Cohn E, Divi N, Herrera Guibert DJ, Olsen J, Smolinski MS, Madoff LC. Evaluation of the EpiCore outbreak verification system. Bull World Health Organ. 2018 May 1;96(5):327-334.

85.     Shenoy ES, Pierce VM, Walters MS, Moulton-Meissner H, Lawsin A, Lonsway D, Shugart A, McAllister G, Halpin AL, Zambrano-Gonzalez A, Ryan EE, Suslak D, DeJesus A, Barton K, Madoff LC, McHale E, DeMaria A, Hooper DC. Transmission of Mobile Colistin Resistance (mcr-1) by Duodenoscope. Clin Infect Dis. 2018 Sep 11.

86.     Desai AN, Madoff LC. Bending the epidemic curve: advancements and opportunities to reduce the threat of emerging pathogens. Epidemiol Infect. 2019 Jan;147:e168.

87.     Desai AN, Anyoha A, Madoff LC, Lassmann B. Changing epidemiology of Listeria monocytogenes outbreaks, sporadic cases, and recalls globally: A review of ProMED reports from 1996-2018. Int J Infect Dis. 2019 Apr 30. pii: S1201-9712(19)30192-4.

88.     Desai AN, Kraemer MUG, Bhatia S, Cori A, Nouvellet P, Herringer M, Cohn EL, Carrion M, Brownstein JS, Madoff LC, Lassmann B. Real-time Epidemic Forecasting: Challenges and Opportunities. Health Secur. 2019 Jul/Aug; 17(4):268-275.

89.     Wohl S, Metsky HC, Schaffner SF, Piantadosi A, Burns M, Lewnard JA, Chak B, Krasilnikova LA, Siddle KJ, Matranga CB, Bankamp B, Hennigan S, Sabina B, Byrne EH, McNall RJ, Shah RR, Qu J, Park DJ, Gharib S, Fitzgerald S, Barreira P, Fleming S, Lett S, Rota PA, Madoff LC, Yozwiak NL, MacInnis BL, Smole S, Grad YH, Sabeti PC. Combining genomics and epidemiology to track mumps virus transmission in the United States. PLoS Biol. 2020 Feb; 18(2):e3000611.

90.     Calisher C, Carroll D, Colwell R, Corley RB, Daszak P, Drosten C, Enjuanes L, Farrar J, Field H, Golding J, Gorbalenya A, Haagmans B, Hughes JM, Karesh WB, Keusch GT, Lam SK, Lubroth J, Mackenzie JS, Madoff L, Mazet J, Palese P, Perlman S, Poon L, Roizman B, Saif L, Subbarao K, Turner M. Statement in support of the scientists, public health professionals, and medical professionals of China combatting COVID-19. Lancet.

2020 Mar 7;395(10226):e42-e43. doi: 10.1016/S0140-6736(20)30418-9. Epub 2020 Feb 19..

91.    Petersen E, Hui D, Hamer DH, Blumberg L, Madoff LC, Pollack M, Lee SS, McLellan S, Memish Z, Praharaj I, Wasserman S, Ntoumi F, Azhar EI, Mchugh TD, Kock R, Ippolito G, Zumla A, Koopmans M. Li Wenliang, a face to the frontline healthcare worker. The first doctor to notify the emergence of the SARS-CoV-2, (COVID-19), outbreak. Int J Infect Dis. 2020 Mar 04; 93:205-207.

92.    Desai AN, Seshasayee SM, Majumder MS, Lassmann B, Madoff LC, Cohn EL, Brownstein JS. Tuberculosis and foreign-born populations in the United States: A mixed methods pilot study of media reporting and political identification. PLoS One. 2020; 15(4):e0230967.

93.    Pollack M, Madoff LC, Tambyah PA, Mendelson M, Holmes A. International Society for Infectious Diseases - Sustained and continuous funding for WHO. Int J Infect Dis. 2020 Jul; 96:458.

94.    Theodoropoulos NM, Bolstorff B, Bozorgzadeh A, Brandeburg C, Cumming M, Daly JS, Ellison RT, Forsberg K, Gade L, Gibson L, Greenough T, Litvintseva AP, Mack DA, Madoff L, Martins PN, McHale E, Melvin Z, Movahedi B, Stiles T, Vallabhaneni S, Levitz SM. Candida auris outbreak involving liver transplant recipients in a surgical intensive care unit. Am J Transplant. 2020 Jun 12.

95.    Vaughn EL, Vo QT, Vostok J, Stiles T, Lang A, Brown CM, Klevens RM, Madoff L. Linking Epidemiology and Whole-Genome Sequencing to Investigate Salmonella Outbreak, Massachusetts, USA, 2018. Emerg Infect Dis. 2020 Jul; 26(7):1538-1541.

96.    Desai AN, Ramatowski JW, Marano N, Madoff LC, Lassmann B. Infectious disease outbreaks among forcibly displaced persons: an analysis of ProMED reports 1996-2016. Confl Health. 2020; 14:49.

29

97.    Lemieux JE, Siddle KJ, Shaw BM, Loreth C, Schaffner SF, Gladden-Young A, Adams G, Fink T, Tomkins-Tinch CH, Krasilnikova LA, DeRuff KC, Rudy M, Bauer MR, Lagerborg KA, Normandin E, Chapman SB, Reilly SK, Anahtar MN, Lin AE, Carter A, Myhrvold C, Kemball ME, Chaluvadi S, Cusick C, Flowers K, Neumann A, Cerrato F, Farhat M, Slater D, Harris JB, Branda JA, Hooper D, Gaeta JM, Baggett TP, O'Connell J, Gnirke A, Lieberman TD, Philippakis A, Burns M, Brown CM, Luban J, Ryan ET, Turbett SE, LaRocque RC, Hanage WP, Gallagher GR, Madoff LC, Smole S, Pierce VM, Rosenberg E, Sabeti PC, Park DJ, MacInnis BL. Phylogenetic analysis of SARS-CoV-2 in Boston highlights the impact of superspreading events. Science. 2021 02 05; 371(6529).

98.    Klompas M, Baker MA, Griesbach D, Tucker R, Gallagher GR, Lang AS, Fink T, Cumming M, Smole S, Madoff LC, Rhee C. Transmission of SARS-CoV-2 from asymptomatic and presymptomatic individuals in healthcare settings despite medical masks and eye protection. Clin Infect Dis. 2021 Mar 11.

99.    Machalaba C, Raufman J, Anyamba A, Berrian AM, Berthe FCJ, Gray GC, Jonas O, Karesh WB, Larsen MH, Laxminarayan R, Madoff LC, Martin K, Mazet JAK, Mumford E, Parker T, Pintea L, Rostal MK, de Castañeda RR, Vora NM, Wannous C, Weiss LM. Applying a One Health Approach in Global Health and Medicine: Enhancing Involvement of Medical Schools and Global Health Centers. Ann Glob Health. 2021 03 26; 87(1):30.

100.   Pollock NR, Jacobs JR, Tran K, Cranston AE, Smith S, O'Kane CY, Roady TJ, Moran A, Scarry A, Carroll M, Volinsky L, Perez G, Patel P, Gabriel S, Lennon NJ, Madoff LC, Brown C, Smole SC. Performance and Implementation Evaluation of the Abbott BinaxNOW Rapid Antigen Test in a High-Throughput Drive-Through Community Testing Site in Massachusetts. J Clin Microbiol. 2021 04 20; 59(5).

101.   Cranston AE, Smith S, O'Kane CY, Roady TJ, Moran A, Scarry A, Carroll M, Volinsky L, Perez G, Patel P, Gabriel S, Lennon NJ, **Madoff LC**, Brown C, Smole SC. Performance and Operational Evaluation of the Access Bio CareStart Rapid Antigen Test in a High-Throughput Drive-Through Community Testing Site in Massachusetts. Open Forum Infect

Dis. 2021 May 26;8(7):ofab243. doi: 10.1093/ofid/ofab243. eCollection 2021 Jul. PMID: 34250188

102.    Brown CM, Vostok J, Johnson H, Burns M, Gharpure R, Sami S, Sabo RT, Hall N, Foreman A, Schubert PL, Gallagher GR, Fink T, **Madoff LC**, Gabriel SB, MacInnis B, Park DJ, Siddle KJ, Harik V, Arvidson D, Brock-Fisher T, Dunn M, Kearns A, Laney AS. Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings - Barnstable County, Massachusetts, July 2021. MMWR Morb Mortal Wkly Rep. 2021 Aug 6;70(31):1059-1062. doi: 10.15585/mmwr.mm7031e2. PMID: 34351882

103.    Calisher CH, Carroll D, Colwell R, Corley RB, Daszak P, Drosten C, Enjuanes L, Farrar J, Field H, Golding J, Gorbalenya AE, Haagmans B, Hughes JM, Keusch GT, Lam SK, Lubroth J, Mackenzie JS, Madoff L, Mazet JK, Perlman SM, Poon L, Saif L, Subbarao K, Turner M. Science, not speculation, is essential to determine how SARS-CoV-2 reached humans. Lancet. 2021 Jul 17;398(10296):209-211. doi: 10.1016/S0140-6736(21)01419-7. Epub 2021 Jul 5. PMID: 34237296

104.    Pollock NR, Berlin D, Smole SC, Madoff LC, Brown C, Henderson K, Larsen E, Hay J, Gabriel S, Gawande AA, Lennon NJ. Implementation of SARS-CoV2 Screening in K-12 Schools using In-School Pooled Molecular Testing and Deconvolution by Rapid Antigen Test. J Clin Microbiol. 2021 Jun 30:JCM0112321. doi: 10.1128/JCM.01123-21. Online ahead of print. PMID: 34191585

105.    Willis SJ, Eberhardt K, Randall L, DeMaria A, Brown CM, Madoff LC, Zambarano B, Ochoa A, Klompas M, Cocoros N. 1209. The Evolving Nature of Syndromic Surveillance During the COVID-19 Pandemic in Massachusetts. Open Forum Infect Dis. 2021 Dec 4;8(Suppl 1):S695. doi: 10.1093/ofid/ofab466.1401.

106.    Pollock NR, Tran K, Jacobs JR, Cranston AE, Smith S, O'Kane CY, Roady TJ, Moran A, Scarry A, Carroll M, Volinsky L, Perez G, Patel P, Gabriel S, Lennon NJ, Madoff LC, Brown C, Smole SC. Performance and Operational Evaluation of the Access Bio CareStart Rapid Antigen Test in a High-Throughput Drive-Through Community Testing Site in

Massachusetts. Open Forum Infect Dis. 2021 May 26;8(7):ofab243. doi: 10.1093/ofid/ofab243.

107.    Brown CM, Vostok J, Johnson H, Burns M, Gharpure R, Sami S, Sabo RT, Hall N, Foreman A, Schubert PL, Gallagher GR, Fink T, Madoff LC, Gabriel SB, MacInnis B, Park DJ, Siddle KJ, Harik V, Arvidson D, Brock-Fisher T, Dunn M, Kearns A, Laney AS. Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings - Barnstable County, Massachusetts, July 2021. MMWR Morb Mortal Wkly Rep. 2021 Aug 6;70(31):1059-1062. doi: 10.15585/mmwr.mm7031e2.

108.    Gharpure R, Sami S, Vostok J, Johnson H, Hall N, Foreman A, Sabo RT, Schubert PL, Shephard H, Brown VR, Brumfield B, Ricaldi JN, Conley AB, Zielinski L, Malec L, Newman AP, Chang M, Finn LE, Stainken C, Mangla AT, Eteme P, Wieck M, Green A, Edmundson A, Reichbind D, Brown V Jr, Quiñones L, Longenberger A, Hess E, Gumke M, Manion A, Thomas H, Barrios CA, Koczwara A, Williams TW, Pearlowitz M, Assoumou M, Senisse Pajares AF, Dishman H, Schardin C, Wang X, Stephens K, Moss NS, Singh G, Feaster C, Webb LM, Krueger A, Dickerson K, Dewart C, Barbeau B, Salmanson A, Madoff LC, Villanueva JM, Brown CM, Laney AS. Multistate Outbreak of SARS-CoV-2 Infections, Including Vaccine Breakthrough Infections, Associated with Large Public Gatherings, United States. Emerg Infect Dis. 2022 Jan;28(1):35-43. doi: 10.3201/eid2801.212220. Epub 2021 Nov 18.

109.    Siddle KJ, Krasilnikova LA, Moreno GK, Schaffner SF, Vostok J, Fitzgerald NA, Lemieux JE, Barkas N, Loreth C, Specht I, Tomkins-Tinch CH, Paull JS, Schaeffer B, Taylor BP, Loftness B, Johnson H, Schubert PL, Shephard HM, Doucette M, Fink T, Lang AS, Baez S, Beauchamp J, Hennigan S, Buzby E, Ash S, Brown J, Clancy S, Cofsky S, Gagne L, Hall J, Harrington R, Gionet GL, DeRuff KC, Vodzak ME, Adams GC, Dobbins ST, Slack SD, Reilly SK, Anderson LM, Cipicchio MC, DeFelice MT, Grimsby JL, Anderson SE, Blumenstiel BS, Meldrim JC, Rooke HM, Vicente G, Smith NL, Messer KS, Reagan FL, Mandese ZM, Lee MD, Ray MC, Fisher ME, Ulcena MA, Nolet CM, English SE, Larkin KL, Vernest K, Chaluvadi S, Arvidson D, Melchiono M, Covell T, Harik V, Brock-Fisher

T, Dunn M, Kearns A, Hanage WP, Bernard C, Philippakis A, Lennon NJ, Gabriel SB, Gallagher GR, Smole S, Madoff LC, Brown CM, Park DJ, MacInnis BL, Sabeti PC. Transmission from vaccinated individuals in a large SARS-CoV-2 Delta variant outbreak. Cell. 2022 Feb 3;185(3):485-492.e10. doi: 10.1016/j.cell.2021.12.027. Epub 2021 Dec 23.

110.   Welch NL, Zhu M, Hua C, Weller J, Mirhashemi ME, Nguyen TG, Mantena S, Bauer MR, Shaw BM, Ackerman CM, Thakku SG, Tse MW, Kehe J, Uwera MM, Eversley JS, Bielwaski DA, McGrath G, Braidt J, Johnson J, Cerrato F, Moreno GK, Krasilnikova LA, Petros BA, Gionet GL, King E, Huard RC, Jalbert SK, Cleary ML, Fitzgerald NA, Gabriel SB, Gallagher GR, Smole SC, Madoff LC, Brown CM, Keller MW, Wilson MM, Kirby MK, Barnes JR, Park DJ, Siddle KJ, Happi CT, Hung DT, Springer M, MacInnis BL, Lemieux JE, Rosenberg E, Branda JA, Blainey PC, Sabeti PC, Myhrvold C. Multiplexed CRISPR-based microfluidic platform for clinical testing of respiratory viruses and identification of SARS-CoV-2 variants. Nat Med. 2022 Feb 7. doi: 10.1038/s41591-022-01734-1. Epub ahead of print. PMID: 35130561.

111.   Schecter-Perkins EM, Doron S, Johnston R, Hay J, Berlin D, Ciaranello A, Nelson SB, Gormley J, Smole SC, Brown C, Madoff LC, Branch-Elliman W. A Test-to-Stay Modified Quarantine Program for COVID-19 in Schools. Pediatrics. 2022 Feb 8. doi: 10.1542/peds.2021-055727. Epub ahead of print. PMID: 35132435.

112.   Ma KC, Hale JE, Grad YH, Alter G, Luzuriaga K, Eaton RB, Fischinger S, Kaur D, Brody R, Siddiqui SM, Leach D, Brown CM, Klevens RM, Madoff L, Comeau AM. Trends in SARS-CoV-2 seroprevalence in Massachusetts estimated from newborn screening specimens. Clin Infect Dis. 2022 Feb 25:ciac158. doi: 10.1093/cid/ciac158. Online ahead of print. PMID: 35213690

113.   Collier AY, Brown CM, McMahan KA, Yu J, Liu J, Jacob-Dolan C, Chandrashekar A, Tierney D, Ansel JL, Rowe M, Sellers D, Ahmad K, Aguayo R, Anioke T, Gardner S, Siamatu M, Bermudez Rivera L, Hacker MR, Madoff LC, Barouch DH. Characterization of immune responses in fully vaccinated individuals following breakthrough infection with

the SARS-CoV-2 delta variant. Sci Transl Med. 2022 Mar 8:eabn6150. doi: 10.1126/scitranslmed.abn6150. Epub ahead of print. PMID: 35258323.

114.    Desai AN, Mohareb AM, Elkarsany MM, Desalegn H, Madoff LC, Lassmann B. Viral Hepatitis E Outbreaks in Refugees and Internally Displaced Populations, sub-Saharan Africa, 2010-2020. Emerg Infect Dis. 2022 May;28(5):1074-1076. doi: 10.3201/eid2805.212546. PMID: 35447070; PMCID: PMC9045430.

115.    Earnest R, Uddin R, Matluk N, Renzette N, Turbett SE, Siddle KJ, Loreth C, Adams G, Tomkins-Tinch CH, Petrone ME, Rothman JE, Breban MI, Koch RT, Billig K, Fauver JR, Vogels CBF, Bilguvar K, De Kumar B, Landry ML, Peaper DR, Kelly K, Omerza G, Grieser H, Meak S, Martha J, Dewey HB, Kales S, Berenzy D, Carpenter-Azevedo K, King E, Huard RC, Novitsky V, Howison M, Darpolor J, Manne A, Kantor R, Smole SC, Brown CM, Fink T, Lang AS, Gallagher GR, Pitzer VE, Sabeti PC, Gabriel S, MacInnis BL; New England Variant Investigation Team, Tewhey R, Adams MD, Park DJ, Lemieux JE, Grubaugh ND. Comparative transmissibility of SARS-CoV-2 variants Delta and Alpha in New England, USA. Cell Rep Med. 2022 Mar 11;3(4):100583. doi: 10.1016/j.xcrm.2022.100583. PMID: 35480627; PMCID: PMC8913280.

116.    Basgoz N, Brown CM, Smole SC, Madoff LC, Biddinger PD, Baugh JJ, Shenoy ES. Case 24-2022: A 31-Year-Old Man with Perianal and Penile Ulcers, Rectal Pain, and Rash. N Engl J Med. 2022 Jun 15. doi: 10.1056/NEJMcpc2201244. Epub ahead of print. PMID: 35704401.

117.    Matias WR, Koshy JM, Nagami EH, Kovac V, Moeng LR, Shenoy ES, Hooper DC, Madoff LC, Barshak MB, Johnson JA, Rowley CF, Julg B, Hohmann EL, Lazarus JE. Tecovirimat for the Treatment of Human Monkeypox: An Initial Series From Massachusetts, United States. Open Forum Infect Dis. 2022 Jul 27;9(8):ofac377. doi: 10.1093/ofid/ofac377. PMID: 35949403

118.    Cable J, Fauci A, Dowling WE, Günther S, Bente DA, Yadav PD, Madoff LC, Wang LF, Arora RK, Van Kerkhove M, Chu MC, Jaenisch T, Epstein JH, Frost SDW, Bausch DG, Hensley LE, Bergeron É, Sitaras I, Gunn MD, Geisbert TW, Muñoz-Fontela C, Krammer

F, de Wit E, Nordenfelt P, Saphire EO, Gilbert SC, Corbett KS, Branco LM, Baize S, van Doremalen N, Krieger MA, Clemens SAC, Hesselink R, Hartman D. Lessons from the pandemic: Responding to emerging zoonotic viral diseases-a Keystone Symposia report. Ann N Y Acad Sci. 2022 Dec;1518(1):209-225. doi: 10.1111/nyas.14898. Epub 2022 Oct 2. PMID: 36183296

119.    Cash-Goldwasser S, Labuda SM, McCormick DW, Rao AK, McCollum AM, Petersen BW, Chodosh J, Brown CM, Chan-Colenbrander SY, Dugdale CM, Fischer M, Forrester A, Griffith J, Harold R, Furness BW, Huang V, Kaufman AR, Kitchell E, Lee R, Lehnertz N, Lynfield R, Marsh KJ, Madoff LC, Nicolasora N, Patel D, Pineda R 2nd, Powrzanas T, Roberts A, Seville MT, Shah A, Wong JM, Ritter JM, Schrodt CA, Raizes E, Morris SB, Gold JAW; CDC Monkeypox Clinical Escalations Team. Ocular Monkeypox - United States, July-September 2022. MMWR Morb Mortal Wkly Rep. 2022 Oct 21;71(42):1343-1347. doi: 10.15585/mmwr.mm7142e1. PMID: 36264836

120.    Shenoy ES, Wright SB, Barbeau DN, Foster LA, King AD, Gordon PS, Mehrotra P, Pepe DE, Caroff DA, Kim LR, McGrath SE, Courtney A, Fahy M, Hooper DC, Macdonald K, Searle EF, Shearer JA, Zachary KC, Bouton L, Cumming M, Hopkins B, Jacoboski J, Mann E, Osborne M, Perez C, Schultz J, Scotland S, Traphagen E, Madoff LC, Brown CM. Contact Tracing and Exposure Investigation in Response to the First Case of Monkeypox Virus Infection in the United States During the 2022 Global Monkeypox Outbreak. Ann Intern Med. 2022 Dec;175(12):1639-1647. doi: 10.7326/M22-2721. Epub 2022 Nov 8. PMID: 363433.

121.    Suliman S, Matias WR, Fulcher IR, Molano FJ, Collins S, Uceta E, Zhu J, Paxton RM, Gonsalves SF, Harden MV, Fisher M, Meldrim J, Gabriel S, Franke MF, Hung DT, Smole SC, Madoff LC, Ivers LC. Evaluation of the Access Bio CareStart rapid SARS-CoV-2 antigen test in asymptomatic individuals tested at a community mass-testing program in Western Massachusetts. Sci Rep. 2022 Dec 9;12(1):21338. doi: 10.1038/s41598-022-25266-3. PMID: 36494424.

122.    Siedner MJ, Trinidad J, Berto CG, Brown CM, Madoff LC, Lee EH, Iqbal M, Samson O, Albin J, Turbett SE, Davies O, Kroshinsky D, Hooper D, Hohmann E, Ard K, Shenoy ES. Mpox in Young Woman with No Epidemiologic Risk Factors, Massachusetts, USA. Emerg Infect Dis. 2023 Apr;29(4):846-848. doi: 10.3201/eid2904.221921. Epub 2023 Jan 25. PMID: 36696625.

123.    Cocoros NM, Willis SJ, Eberhardt K, Morrison M, Randall LM, DeMaria A, Brown CM, Madoff LC, Zambarano B, Sljivo S, Nagavedu K, Klompas M. Syndromic Surveillance for COVID-19, Massachusetts, February 2020-November 2022: The Impact of Fever and Severity on Algorithm Performance. Public Health Rep. 2023 Sep-Oct;138(5):756-762. doi: 10.1177/00333549231186574. Epub 2023 Jul 21. PMID: 37476917; PMCID: PMC10363673.

124.    Yildirim I, Lapidot R, Shaik-Dasthagirisaheb YB, Hinderstein S, Lee H, Klevens M, Grant L, Arguedas Mohs AG, Cane A, Madoff L, Johnson H, Ivanof C, Burns M, Pelton S. Invasive Pneumococcal Disease After 2 Decades of Pneumococcal Conjugate Vaccine Use. Pediatrics. 2024 Jan 1;153(1):e2023063039. doi: 10.1542/peds.2023-063039. PMID: 38087952.

**Proceedings of Meetings:**

1.    Michel JL, Madoff LC, Kling DE, Kasper DL, Ausubel FM.  The C proteins of group B Streptococcus.  In: GM Dunny, PC Cleary, LL McKay, eds. Streptococcal Genetics-1990. Washington,D.C.: American Society for Microbiology, 1991; 214-218.

2.    Madoff LC, Michel JL, Hori S, Ausubel FM, Kasper DL.  The cloned and native beta antigens of the group B streptococcal C protein: role in protective immunity. In: G Orefici, ed.  New Perspectives on Streptococci and Streptococcal Infections.  Zbl. Bakt. Suppl. 22.  Stuttgart, New York: Gustav Fisher Verlag, 1992; 363-365.

3.    Michel JL, Madoff LC, Kling DE, Kasper DL, Ausubel FM.  Characterization of the native and cloned C protein alpha antigens of group B Streptococcus.  In: G Orefici, ed.  New Perspectives on

Streptococci and Streptococcal Infections.  Zbl. Bakt. Suppl. 22.  Stuttgart, New York: Gustav Fisher Verlag, 1992; 366-368.

4.      Michel JL, Beseth BD, Madoff LC, Olken SK, Kasper DL, Ausubel FM.  Two distinct classes of the C protein antigen of group B *Streptococcus* display phenotypic and genotypic diversity. Infectious Diseases Society of America, 1993.

5.      Michel JL, Beseth BD, Madoff LC, Olken SK, Kasper DL, Ausubel, FM. Genotypic diversity and evidence for two distinct classes of the C protein alpha antigen of group B *Streptococcus*. In: A. Tortolian, ed.  Pathogenic Streptococci: Present and Future. Proceedings of the XIIth International Lancefield Symposium on Streptococci and Streptococcal Diseases, St. Petersburg, Russia: Lancer Publications, 1994; 331-332.

6.      Madoff LC, Paoletti LC, Tai JY, Kasper DL.  Mouse maternal immunization with group B streptococcal type III polysaccharide-beta C protein conjugate elicits protective antibody to multiple serotypes.In: A. Tortolian, ed.  Pathogenic Streptococci: Present and Future. Proceedings of the XIIth International Lancefield Symposium on Streptococci and Streptococcal Diseases, St. Petersburg, Russia: Lancer Publications, 1994; 320-322.

7.      Horensky DS, Michel DL, Ausubel FM, Kasper DL, Madoff LC.  Constructs of group B streptococcal alpha C protein containing variable numbers of tandem repeats express immunoreactive protein products.  In: A. Tortolian, ed.  Pathogenic Streptococci: Present and Future. Proceedings of the XIIth International Lancefield Symposium on Streptococci and Streptococcal Diseases, St. Petersburg, Russia: Lancer Publications, 1994; 311-313.

8.      Michel JL, Beseth BD, Madoff LC, Olken SK, Kasper DL, Ausubel FM.  Two distinct classes of the C protein antigen of group B *Streptococcus* display phenotypic and genotypic diversity. Infectious Diseases Society of America, 1993.

9.      Kasper DL, Paoletti LC, Madoff LC, Michel JL, Jennings HJ, Wessels MR. Glycoconjugate vaccines for the prevention of group B streptococcal infections. In: Vaccines 94: Modern Approaches  to New Vaccines Including Prevention of AIDS. Norrby E, et al., eds. Cold Spring Harbor Laboratory Press, Plainview NY, 1994; 113-117.

10.     Madoff LC, Paoletti LC, Michel JL, Gong EW, Kasper DL.  Synthesis of a type III

polysaccharide-recombinant alpha C protein conjugate vaccine for prevention of group B streptococcal infection.  Clin Infect Dis, 1994; 19:602.

11.    Baron MJ, Baker CJ, Lachenauer CS, Kasper DL, Madoff LC.  Epitope mapping of the beta C protein of group B *Streptococcus*. (Abstract)  Clin Infect Dis 2001; 33:1188.

12.    Puopolo KM, Madoff LC, Eichenwald EC. Early-Onset Group B Streptococcal Disease in the Era of Maternal Screening. In: Obstet Gynecol Surv; 2005. p. 637-639.

13.    Tolentino H, Kamadjeu R, Fontelo P, Liu F, Matters M, Pollack M, Madoff L. Scanning the Emerging Infectious Diseases Horizon - Visualizing ProMED Emails Using EpiSPIDER. Advances in Disease Surveillance 2007; 2:169. URL: <http://www.isdsjournal.org/article/view/916/655>

**Reviews and Educationally Relevant Publications:**

1.    Madoff LC.  (Case presentation) Infectious Disease Rounds:  Headache, fever and periorbital edema.    Rev. Infect. Dis.  1987; 9:804-9.

2.    Madoff LC.  Infectious diseases in surgical patients. In: Handbook of Post-Anesthesia Nursing. Luzcun ME, ed. 1987, Rockville MD, 291-309.

3.    Madoff LC, Kasper DL.  Group B streptococcal disease.  In: Obstetric and Perinatal Infection. (Handbook of Infectious Diseases).  Charles DM, ed. 1993, B.C. Decker, Inc., Philadelphia, 210-224.

4.    Madoff LC, Kasper DL.  Clinical care guidelines commentary: Prevention strategies for neonatal group B streptococcal infections. Abst Clin Care Guidelines 1993; 5:10-11.

5.    Madoff LC, Kasper DL.  Introduction to infectious disease: host-parasite interaction. In: Harrison's Principles of Internal Medicine, Isselbacher KJ, et al., eds. McGraw Hill, Inc., New York, 1994; 485-9.

6.    Madoff LC, Kasper DL. (Ch. 6, 42, 43, 45, 47, 50, 52, 53, 56). In: Isselbacher KJ, Braunwald

E, Wilson JD, Martin JB, Fauci AS, Kasper DL, eds. Harrison's Principles of Internal Medicine, 13th ed.,  Companion handbook. New York: McGraw-Hill, 1994.

7.      Lachenauer CS, Madoff LC.  Group B streptococcal infections in nonpregnant adults. (Editorial) Infectious Diseases in Clinical Practice. 1996; 5:560-2.

8.      Madoff LC, Kasper DL.  Introduction to infectious disease: host-parasite interaction. In: Harrison's Principles of Internal Medicine, Fauci AS, et al., eds. McGraw Hill, Inc., New York, 1997; 749-754.

9.      Madoff LC.  Infections from bites, scratches and burns. In: Harrison's Principles of Internal Medicine, Fauci AS, et al., eds. McGraw Hill, Inc., New York, 1997; 835-839.

10.     Madoff LC.  Microbiology and Epidemiology of Group B Streptococcal Infection.  In: Rose B, ed. UpToDate in Medicine. CD-ROM, 6:1; 1998.

11.     Puopolo KM, Madoff LC. Group B streptococcal infections in neonates and the peripartum period.  UpToDate in Medicine. CD-ROM, 7:3; 1999.

12.     Paoletti LC, Madoff LC, Kasper DL.  Surface structures of group B *Streptococcus* important in human immunity.  In Fischetti VA, et al., ed. *Gram-Positive Pathogens*. American Society for Microbiology, Washington, DC, 2000,137-53.

13.     Johannsen EC, Sifri CD, Madoff LC.  Pyogenic Liver Abscesses.  Infectious Disease Clinics of North America.  2000, 14:547-63.

14.     Paoletti LC, Madoff LC, Baker CJ.  Vaccines for the prevention of group B streptococcal disease. UpToDate in Medicine. CD-ROM, 2001.

15.     Madoff LC, Kasper DL.  Introduction to infectious diseases: host-parasite interaction.  In: Braunwald E, et al., eds. Harrison's Principles of Internal Medicine, New York: McGraw-Hill 2001, 763-767.

16.     Madoff LC.  Infectious complications of bites and burns. In: Braunwald E, et al., eds., Harrison's Principles of Internal Medicine,  15th ed. McGraw Hill, Inc., New York, 2001,

817-820.

17.    Baron M, Madoff LC.  Group B streptococcal infections in nonpregnant adults. <u>UpToDate in Medicine</u>. CD-ROM, 2002.

18.    Paoletti LC, Madoff LC.  Vaccines to prevent neonatal group B streptococcal infection. Seminars in Neonatology.  2002, 7:315-322.

19.    Kaye D, Handysides S, Madoff L, Pollack M, Woodall J. ProMED-mail, SARS and other breaking reports.  Infectious Disease News. 2003.

20.    Madoff LC.  Infectious complications of bites and burns. In: Kasper DL, et al., eds., <u>Harrison's Principles of Internal Medicine,</u>  16th ed. McGraw Hill, Inc., New York, 2004; online publication.

21.    Madoff LC. ProMED-mail: An Early Warning System for Emerging Diseases. Clin Infect Dis. 2004; 39: 227-32.

22.    Madoff LC, Kasper DL.  Introduction to infectious disease: host-pathogen interactions. In: Kasper DL, et al., eds. <u>Harrison's Principles of Internal Medicine</u>, 16th ed. McGraw Hill, Inc., New York, 2005; 695-699.

23.    Kasper DL, Madoff LC. Gas gangrene and other clostridial infections. In: Kasper DL, et al., eds. <u>Harrison's Principles of Internal Medicine</u>, 16th ed. McGraw Hill, Inc., New York, 2005; 845-849.

24.    Madoff LC, Thaler SJ, Maguire JH. Infectious arthritis. In: Kasper DL, et al., eds. <u>Harrison's Principles of Internal Medicine</u>, 16th ed. McGraw Hill, Inc., New York, 2005; 2050-2055.

25.    Sifri CD, Madoff LC. Appendicitis. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 968-971.

26.    Sifri CD, Madoff LC. Diverticulitis and typhlitis. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 971-974.

27.   Baron MJ, Madoff LC. Pancreatic infection. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 959-966.

28.   Madoff LC. Splenic abscess. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 967-968.

29.   Johannsen EC, Madoff LC. Infections of the liver and biliary system. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 951-958.

30.   Madoff LC.  Immunity to group A streptococcal M proteins: forging a single-edged sword. Clin Infect Dis  2005; 41(8):1123-4.

31.   Madoff LC, Woodall JP. The Internet and the Global Monitoring of Emerging Diseases: Lessons from the First 10 Years of ProMED-mail. Arch Med Res 2005; 36(6): 724-730.

32.   Madoff LC, Paoletti LC, Kasper DL. Surface Structures of Group B Streptococci Important in Human Immunity. In Fischetti VA, et al., ed. *Gram-Positive Pathogens*. American Society for Microbiology, Washington, DC, 2006, 169-185.

33.   Madoff L.  Cooperation between animal and human health sectors is key to the detection, surveillance, and control of emerging disease: IMED 2007 meeting in Vienna, February 2007. Euro Surveill 2006;11(12):E061221.4. Available from: http://www.eurosurveillance.org/ew/2006/061221.asp#4

34.   Puopolo KM, Madoff LC, Baker CJ. Group B streptococcal infection in neonates and young infants. In: UpToDate, Rose, BD (Ed), UpToDate, Waltham, MA, 2008.

35.   Madoff LC. Infectious arthritis. In: Fauci AS, et al., eds. Harrison's Principles of Internal Medicine, 17th ed. McGraw Hill, Inc., New York, 2008,

36.   Kasper DL, Madoff LC. Gas gangrene and other clostridial infections. In: Fauci AS, et al., eds. Harrison's Principles of Internal Medicine, 17th ed. McGraw Hill, Inc., New York, 2008,

37.   Madoff LC, Kasper DL.  Introduction to infectious disease: host-pathogen interactions. In:

Fauci AS, et al., eds. Harrison's Principles of Internal Medicine, 16th ed. McGraw Hill, Inc., New York, 2008.

38.     Madoff LC, Pereyra F. Infectious Complications of Burns and Bites. in AS Fauci, E Braunwald, DL Kasper, SL Hauser, DL Longo, JL Jameson, J Loscaizo (eds), Harrison's Online. Accessed February 1, 2008.
http://www.accessmedicine.com/content.aspx?aID=2885387

39.     Sifri CD, Madoff LC. Appendicitis. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 968-971.

40.     Sifri CD, Madoff LC. Diverticulitis and typhlitis. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 971-974.

41.     Baron MJ, Madoff LC. Pancreatic infection. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 959-966.

42.     Madoff LC. Splenic abscess. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 967-968.

43.     Johannsen EC, Madoff LC. Infections of the liver and biliary system. In: Mandell GL, et al., eds. Principles and Practice of Infectious Diseases, 6th ed. Elsevier Science, Philadelphia, 2005; 951-958.

44.     Baron M, Madoff LC.  Group B streptococcal infections in nonpregnant adults. In: UpToDate, Rose, BD (Ed), UpToDate, Waltham, MA, 2011.

45.     Puopolo KM, Madoff LC, Baker CJ. Group B streptococcal infection in pregnant women. In: UpToDate, Rose, BD (Ed), UpToDate, Waltham, MA, 2011.

46.     Paoletti LC, Madoff LC, Baker CJ. Vaccines for the prevention of group B streptococcal disease. In: UpToDate, Rose, BD (Ed), UpToDate, Waltham, MA, 2011.

47.     Madoff LC, Baker CJ.  Group B streptococcus: Virulence factors and pathogenic mechanisms. In: UpToDate, Rose, BD (Ed), UpToDate, Waltham, MA, 2011.

48.    Madoff LC. Infectious arthritis. In: Longo DL et al., et al., eds. <u>Harrison's Principles of Internal Medicine</u>, 18th ed. McGraw Hill, Inc., New York, 2012,

49.    Madoff LC, Kasper DL.  Introduction to infectious disease: host-pathogen interactions. In: Longo DL, et al., eds. <u>Harrison's Principles of Internal Medicine</u>, 18th ed. McGraw Hill, Inc., New York, 2012.

50.    Madoff LC, Pereyra F. Infectious Complications of Burns. in Longo DL, et al. (eds), Harrison's Online. Accessed February 1, 2011. http://www.accessmedicine.com/content.aspx?aID=9091927

51.    Madoff LC, Pereyra F. Infectious Complications of Bites. in Longo DL, et al. (eds), Harrison's Online. Accessed February 1, 2011. http://www.accessmedicine.com/content.aspx?aID=9091955

52.    Cariello P. and Madoff LC. Emerging Diseases and Globalization. In LJ da Silva and R Nogueira Anerami Eds., Emerging Diseases.  Athenu in press.

53.    Madoff LC. "An epidemiologist on 'Contagion': This will almost certainly occur." The Atlantic [film review] 12 Sep 2011. http://www.theatlantic.com/life/archive/2011/09/an-epidemiologist-on-contagion-this-will-almost-certainly-occur/244916/

54.    Madoff LC "The State of Rabies: Treating a Disease That Often Leads to Death"  The Atlantic.  3 January 2012. http://www.theatlantic.com/health/archive/2012/01/the-state-of-rabies-treating-a-disease-that-often-leads-to-death/250749/

55.    Lassmann B, Madoff LC. Highlights from the 6th International Meeting on Emerging Diseases and Surveillance (IMED 2016) Vienna, Austria from Nov 3 to 7, 2016.  Int J Infect Dis. 2016 Dec;53S:1-3. doi: 10.1016/j.ijid.2016.12.008.

56.    Sifri CD, Madoff LC. Appendicitis. In: Bennett JE, et al., eds. Principles and Practice of Infectious Diseases, 9th ed. Elsevier, Philadelphia, 2019.

57.    Sifri CD, Madoff LC. Diverticulitis and typhlitis. In: Benett JE, et al., eds Mandell, Douglas,

and Bennet's Principles and Practice of Infectious Diseases, 9th ed. Elsevier, Philadelphia, 2019.

58.    Madoff LC. Splenic abscess. In: Bennett JE, et al., eds. Principles and Practice of Infectious Diseases, 9th ed. Elsevier, Philadelphia, 2019.

59.    Jubbal SS, Pereyra F, Madoff LC. Infectious complications of bites. In: Loscalzo J., et al., eds. Harrison's Principles of Internal Medicine, 21st ed. McGraw Hill, Inc., New York, 2022,

60.    Madoff LC and Poowanawittayakom N. Infectious arthritis. In: Loscalzo J., et al., eds. Harrison's Principles of Internal Medicine, 21st ed. McGraw Hill, Inc., New York, 2022.

61.    Barshak MB, Madoff LC.  Group B streptococcal infections in nonpregnant adults. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA, 2022.

62.    Puopolo KM, Madoff LC. Group B streptococcal infection in pregnant women. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA, 2022.

63.    Madoff LC, Baker CJ. Vaccines for the prevention of group B streptococcal disease. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA, 2022.

64.    Madoff LC.  Group B streptococcus: Virulence factors and pathogenic mechanisms. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA, 2022.

**Patents:**

1997    U.S. Patent 5,648,241 "Conjugate Vaccine Against Group B Streptococcus"
1998    U.S. Patent 5,820,860 "Conjugate Vaccine Against Group B Streptococcus"
1998    European Patent 98302087.6-2116 "A group B Streptococcus vaccine"
1998    U.S. Patent 5,843,444 "Conjugate Vaccine Against Group B Streptococcus"
1998    U.S. Patent 5,847,081 "Conjugate Vaccine Against Group B Streptococcus"
1999    U.S. Patent 5,858,362 "Conjugate Vaccine for Group B Streptococcus"
1999    U.S. Patent 5,908,629 "Conjugate Vaccine for Group B Streptococcus"
1999    U.S. Patent 5,968,521 "Conjugate Vaccine for Group B Streptococcus"

1999    U.S. Patent 5,989,542 "Capsular Polysaccharides from Enterococci"

2002    U.S. Patent 6,342,223  "Immunogenic composition for group B Streptococcus"

2002    U.S. Patent 6,426,074 "A Group B Streptococcus Vaccine"

2004    U.S. Patent 6,772,062 "Capsular Polysaccharides from Enterococci"