# APPENDIX B

## Appendix B

Baden, Lindsey R., et al. "Efficacy and Safety of the MRNA-1273 SARS-CoV-2 Vaccine." New England Journal of Medicine, vol. 384, no. 5, 30 Dec. 2020, pp. 403–416, www.nejm.org/doi/full/10.1056/nejmoa2035389, https://doi.org/10.1056/nejmoa2035389

Catholic News Agency. Catholic US bishops approve use of COVID-19 vaccines with 'remote connection' to abortion. https://www.catholicnewsagency.com/news/46899/catholic-us-bishops-approve-use-of-covid-19-vaccines-with-remote-connection-to-abortion.

Graña C, Ghosn L, Evrenoglou T, Jarde A, Minozzi S, Bergman H, Buckley BS, Probyn K, Villanueva G, Henschke N, Bonnet H, Assi R, Menon S, Marti M, Devane D, Mallon P, Lelievre J-D, Askie LM, Kredo T, Ferrand G, Davidson M, Riveros C, Tovey D, Meerpohl JJ, Grasselli G, Rada G, Hróbjartsson A, Ravaud P, Chaimani A, Boutron I. Efficacy and safety of COVID-19 vaccines. Cochrane Database of Systematic Reviews 2022, Issue 12. Art. No.: CD015477. DOI: 10.1002/14651858.CD015477.

Oordt-Speets, Anouk, Julia Spinardi, Carlos Mendoza, Jingyan Yang, Graciela Morales, John M. McLaughlin, and Moe H. Kyaw. 2023. "Effectiveness of COVID-19 Vaccination on Transmission: A Systematic Review" COVID 3, no. 10: 1516-1527. https://doi.org/10.3390/covid3100103.

Durant, Karin, Whitesell, Ashlyn, PharmD, Dasse, Kathy, PharmD, BCOP, "A review of fetal cell lines used during drug Development: Focus on COVID-19 vaccines, transplant medications, and biologics, *American Journal of Health-System Pharmacy*, zxae031, https://academic.oup.com/ajhp/advance-article/doi/10.1093/ajhp/zxae031/7606814

Ottavia Prunas *et al.* Vaccination with BNT162b2 reduces transmission of SARS-CoV-2 to household contacts in Israel. *Science* 375, 1151-1154(2022). DOI:10.1126/science.abl4292

Polack, Fernando P., et al. "Safety and Efficacy of the BNT162b2 MRNA Covid-19 Vaccine." New England Journal of Medicine, vol. 383, no. 27, 10 Dec. 2020, pp. 2603–2615, https://doi.org/10.1056/nejmoa2034577.

Tan, S.T., Kwan, A.T., Rodríguez-Barraquer, I. et al. Infectiousness of SARS-CoV-2 breakthrough infections and reinfections during the Omicron wave. Nat Med 29, 358–365 (2023). https://doi.org/10.1038/s41591-022-02138-x.

U.S. Centers for Disease Control and Prevention. Selected Adverse Events Reported after COVID-19 Vaccination. https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/adverse-events.html

U.S. Centers for Disease Control and Prevention. COVID-19 Vaccine Effectiveness. https://www.cdc.gov/coronavirus/2019-ncov/vaccines/effectiveness/work.html

Yang, Zhi-Rong et al. Efficacy of SARS-CoV-2 vaccines and the dose–response relationship

with three major antibodies: a systematic review and meta-analysis of randomised controlled trials. The Lancet Microbe, Volume 4, Issue 4, e236 - e246.

Graña C, Ghosn L, Evrenoglou T, Jarde A, Minozzi S, Bergman H, Buckley BS, Probyn K, Villanueva G, Henschke N, Bonnet H, Assi R, Menon S, Marti M, Devane D, Mallon P, Lelievre J-D, Askie LM, Kredo T, Ferrand G, Davidson M, Riveros C, Tovey D, Meerpohl JJ, Grasselli G, Rada G, Hróbjartsson A, Ravaud P, Chaimani A, Boutron I. Efficacy and safety of COVID-19 vaccines. Cochrane Database of Systematic Reviews 2022, Issue 12. Art. No.: CD015477. DOI: 10.1002/14651858.CD015477.

2